IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEAST DIVISION

JAMIE KAUFMANN WOODS; SHARI LUEKEN, A MINOR,
BY AND THROUGH HER NEXT FRIENDS,
RALPH LUEKEN AND MARILYN LUEKEN; RALPH LUEKEN;
MARILYN LUEKEN; ERIKA TEASLEY, A MINOR,
BY AND THROUGH HER NEXT FRIENDS, PAUL
DOUGLAS ("DOUG") HOOVER JR., AND KATRINA L. HOOVER;
PAUL DOUGLAS ("DOUG") HOOVER JR.; KATRINA  HOOVER;
TRACEY BRAZIL OZUNA, JESSICA DEBOI                                              PLAINTIFFS


vs.                              Case No. 1:03CV00105CAS


BOB WILLS, AKA BOBBY RAY WILLS, AKA W. B. WILLS;
BETTY SUE WILLS; SAM GERHARDT, AKA S.L. GERHARDT;
DEBORAH GERHARDT, AKA DEBBIE GERHARDT,
DBA MOUNTAIN PARK BOARDING ACADEMY;
JULIE GERHARDT; SHARON GOODMAN; and ANDREA HILL
                                                                                                DEFENDANTS


**VERIFICATION OF SIGNED ORIGINAL DOCUMENT**

Pursuant to Local Rule 11-2.11, Oscar Stilley, Attorney for Plaintiff  hereby attests to the existence of a paper copy of a Joint Scheduling Plan bearing the original signatures of John Briggs and John Oliver, counsel for Defendants.  The document was filed electronically on February 18, 2004 with a blank signature line.  Counsel will retain the paper copy bearing the original signature(s) during the pendency of the litigation including all possible appeal.

By:  /s/ Oscar Stilley  
Oscar Stilley, Attorney at Law  
Central Mall Plaza Suite 520  
5111 Rogers Avenue  
Fort Smith, AR 72903-2041  
Attorney for Plaintiff  
479 996-4109  
501-646-0333 Fax  
oscar@ostilley.com email  

## CERTIFICATE OF SERVICE

I, Oscar Stilley, by my signature above certify that I have this February 18, 2004 served the defendants with a copy of this pleading electronically by CM/ECF to:  John Oliver, Attorney at law, Oliver, Oliver, & Waltz, PO Box 559, Cape Girardeau, MO, 63702-0559; and John Briggs, Attorney at law, Brown & James, P.C., 1010 Market Street, 20th Floor, St. Louis MO 63101-2000.