UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| JAMIE KAUFMANN WOODS; SHARI, LUEKEN, a minor, by and through her next friends, RALPH LUEKEN and MARILYN LUEKEN; RALPH LUEKEN; MARILYN LUEKEN; ERIKA TEASLEY, a minor, by and through her next friends, PAUL DOUGLAS ("DOUG") HOOVER JR., and KATRINA L. HOOVER; PAUL DOUGLAS ("DOUG") HOOVER JR.; KATRINA HOOVER; TRACEY BRAZIL OZUNA, and JESSICA DEBOI, <br><br> Plaintiffs, <br><br> v. <br><br> BOB WILLS, a/k/a BOBBY RAY WILLS, a/k/a W. B. WILLS; BETTY SUE WILLS; SAM GERHARDT, a/k/a S. L. GERHARDT; DEBORAH GERHARDT, a/k/a DEBBIE GERHARDT; JULIE GERHARDT; SHARON GOODMAN; and ANDREA HILL d/b/a MOUNTAIN PARK BOARDING ACADEMY, <br><br> Defendants. | No. 1:03-CV-105 CAS |

## PARTIAL JUDGMENT AND ORDER OF DISMISSAL

In accordance with the memorandum and order of this date and incorporated herein,

**IT IS HEREBY ORDERED** that plaintiff Jamie Kaufmann Woods' claims under the Americans with Disabilities Act are **DISMISSED**.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** that judgment is entered in favor of defendant Sharon Goodman on all of plaintiffs Tracey Ozuna Brazil and Jessica Deboi's claims against her.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** that judgment is entered in favor of all defendants on the student plaintiffs' Fair Labor Standards Act claims.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** that judgment is entered in favor of all defendants on the student plaintiffs' intentional infliction of emotional distress claims.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** that judgment is entered in favor of all defendants on the student plaintiffs' false imprisonment claims.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** that judgment is entered in favor of all defendants on the student plaintiffs' battery claims based on surreptitious administration of antipsychotic or behavior modification drugs.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** that judgment is entered in favor of all defendants on plaintiffs Jessica Deboi, Erika Teasley and Shari Lueken's physical battery claims.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** that judgment is entered in favor of all defendants on the student plaintiffs' negligence claims based on surreptitious administration of antipsychotic or behavior modification drugs.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** that judgment is entered in favor of all defendants on plaintiff Shari Lueken's conversion claim.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** that judgment is entered in favor of all defendants on plaintiffs Ralph Lueken, Marilyn Lueken, Paul Douglas Hoover, Jr., and Katrina Hoover's fraud claims.

                                                        **CHARLES A. SHAW**
                                                        **UNITED STATES DISTRICT JUDGE**

Dated this   18th   day of November, 2005.