IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEAST DIVISION

JAMIE KAUFMANN WOODS; SHARI LUEKEN, A MINOR,
BY AND THROUGH HER NEXT FRIENDS,
RALPH LUEKEN AND MARILYN LUEKEN; RALPH LUEKEN;
MARILYN LUEKEN; ERIKA TEASLEY, A MINOR,
BY AND THROUGH HER NEXT FRIENDS, PAUL
DOUGLAS ("DOUG") HOOVER JR., AND KATRINA L. HOOVER;
PAUL DOUGLAS ("DOUG") HOOVER JR.; KATRINA  HOOVER;
TRACEY BRAZIL OZUNA, JESSICA DEBOI                                                PLAINTIFFS

vs.                         Case No. Case No. 1:03CV00105CAS

BOB WILLS, AKA BOBBY RAY WILLS, AKA W. B. WILLS;
BETTY SUE WILLS; SAM GERHARDT, AKA S.L. GERHARDT;
DEBORAH GERHARDT, AKA DEBBIE GERHARDT,
DBA MOUNTAIN PARK BOARDING ACADEMY;
JULIE GERHARDT; SHARON GOODMAN; and ANDREA HILL
                                                                                               DEFENDANTS

**PLAINTIFFS' PRETRIAL**

Pursuant to the Court's case management order, Plaintiffs submit witness and exhibit lists, and other pretrial material.

| Judge | Plaintiffs' Attorney | Defendants' Attorney |
|---|---|---|
| Charles A. Shaw | Oscar Stilley | John Briggs and Scott Killen |
| **Trial Date(s)** | **Court Reporter** | **Courtroom deputy** |
| December 12, 2005 | Sue Moran | |

1

A.   WITNESSES

1.   Jessica Deboi  (Will testify)

2.   Erika Teasley (Will testify)

3.   Shari Lueken (Will testify)

4.   Jamie Kaufman Woods (Will testify)

5.   Tracy Ozuna (Will testify)

6.   Ralph Leuken

7.   Marilyn Leuken (Will testify)

8.   Jeffrey Kline (Will testify)

9.   Sam Gerhardt

10.  Deborah Gerhardt

11.  Bob Wills

12.  Betty Wills

13.  Kenda Landsverk (Will testify)

14.  Sharon Goodman

15.  Andrea Hill

16.  Julie Gerhardt

Plaintiffs reserve the right to call other witnesses for purposes of impeachment, to call any Defendant or witness listed by the Defendants, and Plaintiffs reserve the right to supplement this list as necessary.

B.   EXHIBITS

| Plt Exh # | Description of Plaintiffs' Exhibits | Objection /Ruling |
|---|---|---|
| 1. | Messenger May/June 2001 | |
| 2. | Mountain Park Baptist Church and Boarding Academy Handbook - May 2000 | |
| 3. | Photos of Hourly Staff | |
| 4. | Photos of Pastoral Staff | |
| 5. | Article Titled - The Past | |
| 6. | Article of Philosophy, Financial Info, etc. | |
| 7. | Palm Lane Corporation Information Sheet | |
| 8. | Photos of Palm Lane showing fencing | |
| 9. | Sunday Post Dispatch - News Articles - Reform Schools Find A Haven Here; Acting On Faith/Missouri's Unregulated Reform Schools; Schools hail pastor as a hero who redeemed teens (Lester Roloff) | |
| 10. | Corrected Request and Order for Execution Garnishment or Sequestration | |
| 11. | Request and Order for Execution Garnishment or Sequestration | |
| 12. | Interrogatories to Garnishee | |
| 13. | Warranty Deed | |
| 14. | Four Seasons Cottages | |
| 15. | State Set to Remove 120 from Hattiesburg Home for Girls | |
| 16. | Deputies Seal Off Bethesda H0me: 120 Girls in State's Care | |
| 17. | Hearing Slated Today for Few Teens Remaining at Girls Home | |
| 18. | Home Rules Girls' Paddling Based on Biblical Principle | |
| 19. | Parents Seek Probe of Bethesda Takeover | |
| 20. | Bethesda to Change Little as Baptist Academy | |
| 21. | Judge Releases Records on Bethesda Takeover | |

| Plt Exh # | Description of Plaintiffs' Exhibits | Objection /Ruling |
|---|---|---|
| 22. | Bethesda Takeover Sparks Debate Over Licensing | |
| 23. | Continuation : Bethesda Takeover Sparks Debate Over Licensing | |
| 24. | Bethesda Flap Unresolved | |
| 25. | Custody of Bethesda Runaway Unclear | |
| 26. | Head of Girls School Tries to Change Image | |
| 27. | State's Child Care Laws Said Weakest in US | |
| 28. | Letters Urge Allain to Halt Regulation of Church Homes | |
| 29. | Hattiesburg Girls Home Ordered to Open Records on Teens | |
| 30. | Trial to Start for Operator of Girls Home | |
| 31. | Former Resident of Girls Home Files Suit Against Operators | |
| 32. | Ex-Residents of Girls Home Tell of Paddlings, Hunger | |
| 33. | Continuation: Ex-Residents of Girls Home Tell of Paddlings | |
| 34. | Ex-Bethesda Home Girls Report Medical Problems, to Little Food | |
| 35. | Bethesda Spurs Mixed View on Church-State Separation | |
| 36. | FBI Begins Investigation Into Girls Home | |
| 37. | Suitz Resident was "Scarred" at Girls Home | |
| 38. | Baptists Refuse to Act on Closure of Bethesda | |
| 39. | Operator of Former Girls Home to Leave for Another Ministry | |
| 40. | Bethesda - The Proposed Settlement | |
| 41. | Farewell | |
| 42. | Welfare Head Calls Bethesda Policies "Abusive, Neglectful" | |
| 43. | Wills':  Welfare Head's Statement "Not True" | |
| 44. | Minister Files $44 Million Bethesda Suit | |
| 45. | Continuation: Minister Files $44 Million Bethesda Suit | |
| 46. | Court Records Cite Deficiencies at Girls School | |

| Plt Exh # | Description of Plaintiffs' Exhibits | Objection/Ruling |
|---|---|---|
| 47. | Church Home Operator Wants Restrictions Lifted | |
| 48. | Operator of Girls Home Challenges Court's Power | |
| 49. | Grand Jury Won't Halt Probe Into Girls' Home | |
| 50. | Court Upholds Charges in Bethesda Home Case | |
| 51. | State Weighs Oversight of Child Facilities | |
| 52. | Judge to Consider if Officials Immune from $44 Million Lawsuit | |
| 53. | Teen Slain at MO Bible School Ran By Former Mississippi Pastor | |
| 54. | Plot to Take Over School Led to Slaying of Student | |
| 55. | Jessica Brazil - Enrollment Application | |
| 56. | Jessica Brazil - Power of Attorney | |
| 57. | Jessica Brazil - Medication Log | |
| 58. | Jessica Brazil - Visitation Requests, Staff Follow-up Notes | |
| 59. | Jessica Brazil - General Enrollment Forms | |
| 60. | Shari Lueken - Enrollment Application | |
| 61. | Shari Lueken - Power of Attorney | |
| 62. | Shari Lueken - Medication Log | |
| 63. | Shari Lueken - Visitation Requests, Staff Follow-up Notes | |
| 64. | Shari Lueken - General Enrollment Forms | |
| 65. | Tracey Brazil - Enrollment Application | |
| 66. | Tracey Brazil - Power of Attorney | |
| 67. | Tracey Brazil - Medication Log | |
| 68. | Tracey Brazil - General Enrollment Forms | |
| 69. | Erika Teasley - Enrollment Application | |
| 70. | Erika Teasley - Power of Attorney | |

| Plt Exh # | Description of Plaintiffs' Exhibits | Objection /Ruling |
|---|---|---|
| 71. | Erika Teasley - Medication Log | |
| 72. | Erika Teasley - Visitation Requests, Staff Follow-up Notes | |
| 73. | Erika Teasley - General Enrollment Forms | |
| 74. | Erika Teasley - Drug Tests - Lab Corp of America/Toxicology | |
| 75. | Erika Teasley - POA Revocation | |
| 76. | Erika Teasley - Letters to family members | |
| 77. | Jamie Kaufmann - Enrollment Application | |
| 78. | Jamie Kaufmann - Power of Attorney | |
| 79. | Jamie Kaufmann - Medication Log | |
| 80. | Jamie Kaufmann - Visitation Requests, Staff Follow-up Notes | |
| 81. | Jamie Kaufmann - General Enrollment Forms | |
| 82. | Expert report of Dr. Kline | |
| 83. | Expert report of Ben Corpus | |

Plaintiffs reserve the right to supplement their Exhibit List, and Plaintiffs reserve the right to refer to exhibits offered by Defendants.

**C.    DEPOSITIONS, INTERROGATORY ANSWERS, REQUESTS FOR ADMISSION**

At this time, Plaintiffs have no excerpts that they intend to read into the record at trial. However, Plaintiffs reserve the right to use deposition excerpts for purposes of impeachment during witness examination. Plaintiffs also reserve the right to supplement their disclosure as necessary.

**D.    JURY INSTRUCTIONS**

Submitted separately.  Plaintiffs reserve the right to supplement with instructions related to any claims now dismissed, or reinstated sua sponte or pursuant to motion of the Plaintiff.

**E.    TRIAL BRIEF**

Submitted separately.

        By:    /s/ Oscar Stilley
        Oscar Stilley, Attorney at Law
        7103 Racetrack Loop
        Fort Smith, AR 72916
        Attorney for Plaintiff
        479 996-4109
        479 996-3409 Fax
        oscar@oscarstilley.com

**CERTIFICATE OF SERVICE**

I, Oscar Stilley, by my signature above certify that I have this November 22, 2005 served the defendants with a copy of this pleading electronically by CM/ECF to:  John Oliver, Attorney at law, Oliver, Oliver, & Waltz, PO Box 559, Cape Girardeau, MO, 63702-0559; and John Briggs, Attorney at law, Brown & James, P.C., 1010 Market Street, 20th Floor, St. Louis MO 63101-2000.