**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEAST DIVISION**

JAMIE KAUFMANN WOODS; SHARI LUEKEN, A MINOR,
BY AND THROUGH HER NEXT FRIENDS,
RALPH LUEKEN AND MARILYN LUEKEN; RALPH LUEKEN;
MARILYN LUEKEN; ERIKA TEASLEY, A MINOR,
BY AND THROUGH HER NEXT FRIENDS, PAUL
DOUGLAS ("DOUG") HOOVER JR., AND KATRINA L. HOOVER;
PAUL DOUGLAS ("DOUG") HOOVER JR.; KATRINA  HOOVER;
TRACEY BRAZIL OZUNA, JESSICA DEBOI                                    PLAINTIFFS

vs.                                Case No. Case No. 1:03CV00105CAS

BOB WILLS, AKA BOBBY RAY WILLS, AKA W. B. WILLS;
BETTY SUE WILLS; SAM GERHARDT, AKA S.L. GERHARDT;
DEBORAH GERHARDT, AKA DEBBIE GERHARDT,
DBA MOUNTAIN PARK BOARDING ACADEMY;
JULIE GERHARDT; SHARON GOODMAN; and ANDREA HILL

                                                                    DEFENDANTS

**PLAINTIFFS' RESPONSE TO THE PROPOSED JURY INSTRUCTIONS OF**
**DEFENDANTS, AND SUPPLEMENTAL INSTRUCTIONS**

    Comes now Plaintiffs and for their response to the instructions of the Defendants, and

supplemental instructions, and states:

1.    Defendants have proposed certain instructions concerning consent of the parents.

Consent of a parent is inadequate to prejudice the rights of a minor.  Furthermore, there must be

proof and a finding that the consent was informed and not obtained by fraud, concealment,

material omissions, or other failure to fully and fairly inform the parent of the material facts

pertinent to the purported delegation of powers or consent.  Plaintiffs object and suggest that the

Defendants should redraft their instruction to include such language.

2.    Defendants also contend that the Court should submit an instruction to the jury that the

1

Plaintiffs' claims should fail if the Plaintiffs failed to make a proper complaint of symptoms to the Defendants.  On the basis of this claim, the Plaintiffs would state that information showing the knowledge of the Defendants as to the general conditions of the facility, and the treatment of other students past and present, is material to show the knowledge of the Defendants that medical attention should be given, and that corrective action should have been taken to prevent the cessation of menses.   Therefore, the instruction should be modified by the Defendants to reflect the necessity of such findings.

3.      Plaintiffs, including certain terminated Plaintiffs, have filed a motion for reconsideration pursuant to FRCP 52, 59, or other pertinent rule, and reserve the right to propose additional or different jury instructions depending upon the ruling upon such motion or motions.

4.      Plaintiffs also submit additional instructions, inasmuch as the Defendants have suggested that they would like to have time to review the instructions that Plaintiffs propose to be used in the event that Plaintiffs successfully obtain a modification of the order granting summary judgment on certain claims.

WHEREFORE, Plaintiffs make their objections and submit their amended set of jury instructions.

By: /s/ Oscar Stilley
Oscar Stilley, Attorney at Law
7103 Race Track Loop
Fort Smith, AR 72916
(479)996-4109
(479)996-3409 FAX
Oscar@oscarstilley.com
Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

I, Oscar Stilley, by my signature above certify that I have this December 9, 2005 served

2

the defendants with a copy of this pleading electronically by CM/ECF to:  John Oliver, Attorney at law, Oliver, Oliver, & Waltz, PO Box 559, Cape Girardeau, MO, 63702-0559; and John Briggs, Attorney at law, Brown & James, P.C., 1010 Market Street, 20th Floor, St. Louis MO 63101-2000.

# TABLE OF CONTENTS

1.01  GENERAL:  NATURE OF CASE; BURDEN OF PROOF;
       DUTY OF JURY; CAUTIONARY
       . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10
1.02  EVIDENCE; LIMITATIONS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12
1.03  BENCH CONFERENCES AND RECESSES . . . . . . . . . . . . . . . . . . . . . . . . . . 13
1.04  NO TRANSCRIPT AVAILABLE [NOTE-TAKING] . . . . . . . . . . . . . . . . . . . . . 14
1.05  CONDUCT OF THE JURY . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15
1.06  OUTLINE OF TRIAL . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16
2.01  DUTIES OF JURY:  RECESSES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17
2.03  STIPULATED FACTS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18
2.07  CROSS-EXAMINATION OF PARTY'S CHARACTER WITNESS . . . . . . . . . 19
2.08A  EVIDENCE ADMITTED AGAINST ONLY ONE PARTY . . . . . . . . . . . . . . 20
2.08B  EVIDENCE ADMITTED FOR LIMITED PURPOSE . . . . . . . . . . . . . . . . . . 21
3.01  EXPLANATORY . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22
3.02  JUDGE'S OPINION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23
3.03  CREDIBILITY OF WITNESSES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24
3.04  BURDEN OF PROOF  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25
3.06  ELECTION OF FOREPERSON; DUTY TO DELIBERATE;
       COMMUNICATIONS WITH COURT; CAUTIONARY; UNANIMOUS
       VERDICT; VERDICT FORM . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26
8.01  AGENCY  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 28
10.01 [1990 REVISION] DAMAGES-EXEMPLARY-OUTRAGEOUS CONDUCT-
       INTENTIONAL TORTS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 29
10.02 [1983 REVISION] DAMAGES-EXEMPLARY-NEGLIGENCE CONSTITUTING
       CONSCIOUS DISREGARD FOR OTHERS . . . . . . . . . . . . . . . . . . . . . . . . . . 30
11.06  [1996 REVISION]DEFINITIONS - NEGLIGENCE - CUSTODIAN OF MINOR
       REQUIRING MENTAL HEALTH CARE SERVICES . . . . . . . . . . . . . . . . . . 31
21.01  [1988 REVISION]   VERDICT DIRECTING - ACTIONS AGAINST A
       CUSTODIAN OF A MINOR REQUIRING MEDICAL OR MENTAL HEALTH
       CARE OR OTHER PROFESSIONAL SERVICES - NO COMPARATIVE
       FAULT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32
23.02 [1990 REVISION] VERDICT DIRECTING—BATTERY  . . . . . . . . . . . . . . . . 33
23.05 [1996 REVISION] VERDICT DIRECTING—FRAUDULENT
       MISREPRESENTATIONS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 34
23.12(1) [1989 NEW] VERDICT DIRECTING—CONVERSION—TAKING . . . . . . 35
31.23 [2000 NEW] VERDICT DIRECTING—INTENTIONAL INFLICTION OF
       EMOTIONAL DISTRESS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 36
23.04 [1983 REVISION] VERDICT DIRECTING—FALSE IMPRISONMENT . . . . . 37
23.01 [1981 REVISION] VERDICT DIRECTING—ASSAULT . . . . . . . . . . . . . . . . . 38
36.11 [1980 REVISION] FORM OF VERDICT—PLAINTIFF VS.

4

DEFENDANT—ACTUAL AND PUNITIVE DAMAGES – BATTERY - _Woods v. Wills_ . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 39

36.11 [1980 REVISION] FORM OF VERDICT—PLAINTIFF VS. DEFENDANT – ACTUAL AND PUNITIVE DAMAGES – BATTERY - _Woods v.  Hill_ . . . . . . 40

36.11 [1980 REVISION] FORM OF VERDICT—PLAINTIFF VS. DEFENDANT—ACTUAL AND PUNITIVE DAMAGES – BATTERY - _Tracy Ozuna_ . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 41

36.11 [1980 REVISION] FORM OF VERDICT—PLAINTIFF VS. DEFENDANT—ACTUAL AND PUNITIVE DAMAGES – NEGLIGENCE - _Jamie Woods_ . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 42

36.11 [1980 REVISION] FORM OF VERDICT—PLAINTIFF VS. DEFENDANT—ACTUAL AND PUNITIVE DAMAGES – NEGLIGENCE - _Tracy Ozuna_ . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 43

36.11 [1980 REVISION] FORM OF VERDICT—PLAINTIFF VS. DEFENDANT—ACTUAL AND PUNITIVE DAMAGES – NEGLIGENCE - _Erika Teasley_ . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 44

36.11 [1980 REVISION] FORM OF VERDICT—PLAINTIFF VS. DEFENDANT—ACTUAL AND PUNITIVE DAMAGES – NEGLIGENCE - _Jessica Deboi_ . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 45

36.11 [1980 REVISION] FORM OF VERDICT—PLAINTIFF VS. DEFENDANT ACTUAL AND PUNITIVE DAMAGES – NEGLIGENCE - _Shari Lueken_ . . . 46

36.11 [1980 REVISION] FORM OF VERDICT—PLAINTIFF VS. DEFENDANT ACTUAL AND PUNITIVE DAMAGES – FRAUDULENT REPRESENTATIONS - _Ralph and Marilyn Lueken_ . . . . . . . . . . . . . . . . . . . . 47

36.11 [1980 REVISION] FORM OF VERDICT—PLAINTIFF VS. DEFENDANT ACTUAL AND PUNITIVE DAMAGES – FRAUDULENT REPRESENTATIONS - _Katrina Hoover_ . . . . . . . . . . . . . . . . . . . . . . . . . . . 48

36.11 [1980 REVISION] FORM OF VERDICT—PLAINTIFF VS. DEFENDANT ACTUAL AND PUNITIVE DAMAGES – CONVERSION - _Ralph,  Marilyn, or Shari Lueken_ . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 49

36.11 [1980 REVISION] FORM OF VERDICT—PLAINTIFF VS. DEFENDANT ACTUAL AND PUNITIVE DAMAGES – INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS - _Jessica Deboi_ . . . . . . . . . . . . . . . . . . . . . . . . . . . . 50

36.11 [1980 REVISION] FORM OF VERDICT—PLAINTIFF VS. DEFENDANT ACTUAL AND PUNITIVE DAMAGES – INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS - _Tracy Ozuna_ . . . . . . . . . . . . . . . . . . . . . . . . . . . . 51

36.11 [1980 REVISION] FORM OF VERDICT—PLAINTIFF VS. DEFENDANT ACTUAL AND PUNITIVE DAMAGES – INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS - _Jamie Kaufmann Woods_ . . . . . . . . . . . . . . . . . . . 52

36.11 [1980 REVISION] FORM OF VERDICT—PLAINTIFF VS. DEFENDANT ACTUAL AND PUNITIVE DAMAGES – INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS - _Shari Lueken_ . . . . . . . . . . . . . . . . . . . . . . . . . . . . 53

36.11 [1980 REVISION] FORM OF VERDICT—PLAINTIFF VS. DEFENDANT ACTUAL AND PUNITIVE DAMAGES – INTENTIONAL INFLICTION OF

5

EMOTIONAL DISTRESS - *Erika Teasley* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 54
36.11 [1980 REVISION] FORM OF VERDICT—PLAINTIFF VS. DEFENDANT
    ACTUAL AND PUNITIVE DAMAGES – FALSE IMPRISONMENT - *Jessica*
    *Deboi* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 55
36.11 [1980 REVISION] FORM OF VERDICT—PLAINTIFF VS. DEFENDANT
    ACTUAL AND PUNITIVE DAMAGES – FALSE IMPRISONMENT - *Tracy*
    *Ozuna* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 56
36.11 [1980 REVISION] FORM OF VERDICT—PLAINTIFF VS. DEFENDANT
    ACTUAL AND PUNITIVE DAMAGES – FALSE IMPRISONMENT - *Jamie*
    *Kaufmann Woods* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 57
36.11 [1980 REVISION] FORM OF VERDICT—PLAINTIFF VS. DEFENDANT
    ACTUAL AND PUNITIVE DAMAGES – FALSE IMPRISONMENT - *Shari*
    *Lueken* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 58
36.11 [1980 REVISION] FORM OF VERDICT—PLAINTIFF VS. DEFENDANT
    ACTUAL AND PUNITIVE DAMAGES – FALSE IMPRISONMENT - *Erika*
    *Teasley* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 59
36.11 [1980 REVISION] FORM OF VERDICT—PLAINTIFF VS. DEFENDANT
    ACTUAL AND PUNITIVE DAMAGES – ASSAULT - *Jessica Deboi* . . . . . . 60
36.11 [1980 REVISION] FORM OF VERDICT—PLAINTIFF VS. DEFENDANT
    ACTUAL AND PUNITIVE DAMAGES – ASSAULT - *Tracy Ozuna* . . . . . . . 61
36.11 [1980 REVISION] FORM OF VERDICT—PLAINTIFF VS. DEFENDANT
    ACTUAL AND PUNITIVE DAMAGES – ASSAULT - *Jamie Kaufmann Woods*
    . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 62
36.11 [1980 REVISION] FORM OF VERDICT—PLAINTIFF VS. DEFENDANT
    ACTUAL AND PUNITIVE DAMAGES – ASSAULT - *Shari Lueken* . . . . . . 63
36.11 [1980 REVISION] FORM OF VERDICT—PLAINTIFF VS. DEFENDANT
    ACTUAL AND PUNITIVE DAMAGES – ASSAULT - *Jessica Deboi* . . . . . . 64

**INSTRUCTIONS WITHOUT AUTHORITY** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 65
1.01 GENERAL:  NATURE OF CASE; BURDEN OF PROOF;
    DUTY OF JURY; CAUTIONARY . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 66
1.02 EVIDENCE; LIMITATIONS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 68
1.03 BENCH CONFERENCES AND RECESSES . . . . . . . . . . . . . . . . . . . . . . . . . 69
1.04 NO TRANSCRIPT AVAILABLE [NOTE-TAKING] . . . . . . . . . . . . . . . . . . . 70
1.05 CONDUCT OF THE JURY . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 71
1.06 OUTLINE OF TRIAL . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 72
2.01 DUTIES OF JURY:  RECESSES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 73
2.03 STIPULATED FACTS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 74
2.07 CROSS-EXAMINATION OF PARTY'S CHARACTER WITNESS . . . . . . . . 75
2.08A EVIDENCE ADMITTED AGAINST ONLY ONE PARTY . . . . . . . . . . . . . 76
2.08B EVIDENCE ADMITTED FOR LIMITED PURPOSE . . . . . . . . . . . . . . . . . 77
3.01 EXPLANATORY . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 78
3.02 JUDGE'S OPINION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 79
3.03 CREDIBILITY OF WITNESSES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 80

3.04  BURDEN OF PROOF  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 81

3.06  ELECTION OF FOREPERSON; DUTY TO DELIBERATE;
       COMMUNICATIONS WITH COURT; CAUTIONARY; UNANIMOUS
       VERDICT; VERDICT FORM . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 82

8.01  AGENCY . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 83

10.01 [1990 REVISION] DAMAGES-EXEMPLARY-OUTRAGEOUS CONDUCT-
       INTENTIONAL TORTS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 84

10.02 [1983 REVISION] DAMAGES-EXEMPLARY-NEGLIGENCE CONSTITUTING
       CONSCIOUS DISREGARD FOR OTHERS  . . . . . . . . . . . . . . . . . . . . . . . . 85

11.06  [1996 REVISION] DEFINITIONS - NEGLIGENCE - CUSTODIAN OF MINOR
       REQUIRING MENTAL HEALTH CARE SERVICES  . . . . . . . . . . . . . . . . . 86

21.01  [1988 REVISION]   VERDICT DIRECTING - ACTIONS AGAINST A
       CUSTODIAN OF A MINOR REQUIRING MEDICAL OR MENTAL HEALTH
       CARE OR OTHER PROFESSIONAL SERVICES - NO COMPARATIVE
       FAULT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 87

23.02 [1990 REVISION] VERDICT DIRECTING—BATTERY  . . . . . . . . . . . . . . . 88

23.05 [1996 REVISION] VERDICT DIRECTING—FRAUDULENT
       MISREPRESENTATIONS  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 89

23.12(1) [1989 NEW] VERDICT DIRECTING—CONVERSION—TAKING . . . . . . . 90

31.23 [2000 NEW] VERDICT DIRECTING—INTENTIONAL INFLICTION OF
       EMOTIONAL DISTRESS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 91

23.04 [1983 REVISION] VERDICT DIRECTING—FALSE IMPRISONMENT  . . . . . 92

23.01 [1981 REVISION] VERDICT DIRECTING—ASSAULT . . . . . . . . . . . . . . . . 93

36.11 [1980 REVISION] FORM OF VERDICT—PLAINTIFF VS.
       DEFENDANT—ACTUAL AND PUNITIVE DAMAGES – BATTERY - _Woods
       v. Wills_ . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 94

36.11 [1980 REVISION] FORM OF VERDICT—PLAINTIFF VS. DEFENDANT –
       ACTUAL AND PUNITIVE DAMAGES – BATTERY - _Woods v. Hill_  . . . . . . 95

36.11 [1980 REVISION] FORM OF VERDICT—PLAINTIFF VS.
       DEFENDANT—ACTUAL AND PUNITIVE DAMAGES – BATTERY - _Tracy
       Ozuna_ . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 96

36.11 [1980 REVISION] FORM OF VERDICT—PLAINTIFF VS.
       DEFENDANT—ACTUAL AND PUNITIVE DAMAGES – NEGLIGENCE -
       _Jamie Woods_ . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 97

36.11 [1980 REVISION] FORM OF VERDICT—PLAINTIFF VS.
       DEFENDANT—ACTUAL AND PUNITIVE DAMAGES – NEGLIGENCE -
       _Tracy Ozuna_ . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 98

36.11 [1980 REVISION] FORM OF VERDICT—PLAINTIFF VS.
       DEFENDANT—ACTUAL AND PUNITIVE DAMAGES – NEGLIGENCE -
       _Erika Teasley_ . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 99

36.11 [1980 REVISION] FORM OF VERDICT—PLAINTIFF VS.
       DEFENDANT—ACTUAL AND PUNITIVE DAMAGES – NEGLIGENCE -
       _Jessica Deboi_ . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 100

36.11 [1980 REVISION] FORM OF VERDICT—PLAINTIFF VS. DEFENDANT

ACTUAL AND PUNITIVE DAMAGES – NEGLIGENCE - _Shari Lueken_  . . 101
36.11 [1980 REVISION] FORM OF VERDICT—PLAINTIFF VS. DEFENDANT
ACTUAL AND PUNITIVE DAMAGES – NEGLIGENCE - _Shari Lueken_  . . 102
36.11 [1980 REVISION] FORM OF VERDICT—PLAINTIFF VS. DEFENDANT
ACTUAL AND PUNITIVE DAMAGES – FRAUDULENT
REPRESENTATIONS - _Ralph and Marilyn Lueken_  . . . . . . . . . . . . . . . . . . 103
36.11 [1980 REVISION] FORM OF VERDICT—PLAINTIFF VS. DEFENDANT
ACTUAL AND PUNITIVE DAMAGES – FRAUDULENT
REPRESENTATIONS - _Katrina Hoover_  . . . . . . . . . . . . . . . . . . . . . . . . . . 104
36.11 [1980 REVISION] FORM OF VERDICT—PLAINTIFF VS. DEFENDANT
ACTUAL AND PUNITIVE DAMAGES – CONVERSION - _Ralph,  Marilyn, or
Shari Lueken_  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 105
36.11 [1980 REVISION] FORM OF VERDICT—PLAINTIFF VS. DEFENDANT
ACTUAL AND PUNITIVE DAMAGES – INTENTIONAL INFLICTION OF
EMOTIONAL DISTRESS - _Jessica Deboi_  . . . . . . . . . . . . . . . . . . . . . . . . 106
36.11 [1980 REVISION] FORM OF VERDICT—PLAINTIFF VS. DEFENDANT
ACTUAL AND PUNITIVE DAMAGES – INTENTIONAL INFLICTION OF
EMOTIONAL DISTRESS - _Tracy Ozuna_  . . . . . . . . . . . . . . . . . . . . . . . . 107
36.11 [1980 REVISION] FORM OF VERDICT—PLAINTIFF VS. DEFENDANT
ACTUAL AND PUNITIVE DAMAGES – INTENTIONAL INFLICTION OF
EMOTIONAL DISTRESS - _Jamie Kaufmann Woods_  . . . . . . . . . . . . . . . . . 108
36.11 [1980 REVISION] FORM OF VERDICT—PLAINTIFF VS. DEFENDANT
ACTUAL AND PUNITIVE DAMAGES – INTENTIONAL INFLICTION OF
EMOTIONAL DISTRESS - _Shari Lueken_  . . . . . . . . . . . . . . . . . . . . . . . . 109
36.11 [1980 REVISION] FORM OF VERDICT—PLAINTIFF VS. DEFENDANT
ACTUAL AND PUNITIVE DAMAGES – INTENTIONAL INFLICTION OF
EMOTIONAL DISTRESS - _Erika Teasley_  . . . . . . . . . . . . . . . . . . . . . . . . 110
36.11 [1980 REVISION] FORM OF VERDICT—PLAINTIFF VS. DEFENDANT
ACTUAL AND PUNITIVE DAMAGES – FALSE IMPRISONMENT - _Jessica
Deboi_  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 111
36.11 [1980 REVISION] FORM OF VERDICT—PLAINTIFF VS. DEFENDANT
ACTUAL AND PUNITIVE DAMAGES – FALSE IMPRISONMENT - _Tracy
Ozuna_  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 112
36.11 [1980 REVISION] FORM OF VERDICT—PLAINTIFF VS. DEFENDANT
ACTUAL AND PUNITIVE DAMAGES – FALSE IMPRISONMENT - _Jamie
Kaufmann Woods_  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 113
36.11 [1980 REVISION] FORM OF VERDICT—PLAINTIFF VS. DEFENDANT
ACTUAL AND PUNITIVE DAMAGES – FALSE IMPRISONMENT - _Shari
Lueken_  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 114
36.11 [1980 REVISION] FORM OF VERDICT—PLAINTIFF VS. DEFENDANT
ACTUAL AND PUNITIVE DAMAGES – FALSE IMPRISONMENT - _Erika
Teasley_  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 115
36.11 [1980 REVISION] FORM OF VERDICT—PLAINTIFF VS. DEFENDANT
ACTUAL AND PUNITIVE DAMAGES – ASSAULT - _Jessica Deboi_  . . . . . 116

8

36.11 [1980 REVISION] FORM OF VERDICT—PLAINTIFF VS. DEFENDANT
    ACTUAL AND PUNITIVE DAMAGES – ASSAULT - _Tracy Ozuna_ . . . . . . 117
36.11 [1980 REVISION] FORM OF VERDICT—PLAINTIFF VS. DEFENDANT
    ACTUAL AND PUNITIVE DAMAGES – ASSAULT - _Jamie Kaufmann Woods_
    . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 118
36.11 [1980 REVISION] FORM OF VERDICT—PLAINTIFF VS. DEFENDANT
    ACTUAL AND PUNITIVE DAMAGES – ASSAULT - _Shari Lueken_ . . . . . . 119
36.11 [1980 REVISION] FORM OF VERDICT—PLAINTIFF VS. DEFENDANT
    ACTUAL AND PUNITIVE DAMAGES – ASSAULT - _Jessica Deboi_ . . . . . 120

**PLAINTIFF'S PROPOSED JURY INSTRUCTION NO. _____**

## 1.01  GENERAL:  NATURE OF CASE; BURDEN OF PROOF;
## DUTY OF JURY; CAUTIONARY

Ladies and gentlemen:  I will take a few moments now to give you some initial instructions about this case and about your duties as jurors.  At the end of the trial I will give you further instructions.  I may also give you instructions during the trial.  Unless I specifically tell you otherwise, all such instructions - both those I give you now and those I give you later - are equally binding on you and must be followed.

This is a civil case brought by the Plaintiffs against the Defendants.  The Plaintiffs allege that the Defendants were negligent with respect to their treatment of the Plaintiffs.  The defendants deny that allegation.

Plaintiffs Jamie Woods and Erika Teasley claim against Defendants for the tort of battery. Battery involves an unwanted touching, either physically or through some other agency or instrumentality.

From the evidence you will decide what the facts are.  You are entitled to consider that evidence in the light of your own observations and experiences in the affairs of life.  You will then apply those facts to the law which I give you in these and in my other instructions, and in that way reach your verdict.  You are the sole judges of the facts; but you must follow the law as stated in my instructions, whether you agree with it or not.

In deciding what the facts are, you may have to decide what testimony you believe and what testimony you do not believe.  You may believe all of what a witness says, or only part of it, or none of it.

In deciding what testimony to believe, consider the witnesses' intelligence, their opportunity to have seen or heard the things they testify about, their memories, any motives they may have for testifying a certain way, their manner while testifying, whether they said something different at an earlier time, the general reasonableness of their testimony and the extent to which their testimony is consistent with other evidence that you believe.

Do not allow sympathy or prejudice to influence you.  The law demands of you a just verdict, unaffected by anything except the evidence, your common sense, and the law as I give it

to you.

      You should not take anything I may say or do during the trial as indicating what I think of the evidence or what I think your verdict should be.

Eighth Circuit Manual of Model Civil Jury Instruction 1.01 (modified)

**PLAINTIFF'S PROPOSED JURY INSTRUCTION NO.  _____**

**1.02  EVIDENCE; LIMITATIONS**

I have mentioned the word "evidence."  "Evidence" includes the testimony of witnesses; documents and other things received as exhibits; any facts that have been stipulated - that is, formally agreed to by the parties; and any facts that have been judicially noticed - that is facts which I say you must accept as true.

Certain things are not evidence.  I will list those things for you now:

1. Statements, arguments, questions and comments by lawyers are not evidence.

2.  Exhibits that are identified by a party but not offered or received in evidence are not evidence.

3 .  Objections are not evidence.  Lawyers have a right and sometimes an obligation to object when they believe something is improper.  You should not be influenced by the objection.  If I sustain an objection to a question or an exhibit, you must ignore the question or the exhibit and must not try to guess what the information might have been.

4 .  Testimony and exhibits that I strike from the record, or tell you to disregard, are not evidence and must not be considered.

5.  Anything you see or hear about this case outside the courtroom is not evidence, unless I specifically tell you otherwise during the trial.

Furthermore, a particular item of evidence is sometimes received for a limited purpose only.  That is, it can be used by you only for one particular purpose, and not for any other purpose.  I will tell you when that occurs, and instruct you on the purposes for which the item can and cannot be used. You should also pay particularly close attention to such an instruction, because it may not be available to you in writing later in the jury room.

Finally, some of you may have heard the terms "direct evidence" and "circumstantial evidence."  You are instructed that you should not be concerned with those terms, since the law makes no distinction between the weight to be given to direct and circumstantial evidence.

Eighth Circuit Manual of Model Civil Jury Instruction 1.02

**PLAINTIFF'S PROPOSED JURY INSTRUCTION NO. _____**

**1.03  BENCH CONFERENCES AND RECESSES**

During the trial it may be necessary for me to speak with the lawyers out of your hearing, either by having a bench conference here while you are present in the courtroom, or by calling a recess.  Please understand that while you are waiting, we are working.  The purpose of these conferences is to decide how certain evidence is to be treated under the rules of evidence which govern the trial, and to avoid confusion and error.  We will, of course, do what we can to keep the number and length of these conferences to a minimum.

Eighth Circuit Manual of Model Civil Jury Instruction 1.03

**PLAINTIFF'S PROPOSED JURY INSTRUCTION NO. _____**

**1.04  NO TRANSCRIPT AVAILABLE [NOTE-TAKING]**

At the end of the trial you must make your decision based on what you recall of the evidence.  You will not have a written transcript to consult.  You must pay close attention to the testimony as it is given.

If you wish, however, you may take notes to help you remember what witnesses said.  If you do take notes, please keep them to yourself until you and your fellow jurors go to the jury room to decide the case.  And do not let note-taking distract you so that you do not hear other answers by the witness.  The Clerk will provide each of you with a pad of paper and a pen or pencil.  At each recess, leave them _____.

When you leave at night, your notes will be secured and not read by anyone.

Eighth Circuit Manual of Model Civil Jury Instruction 1.04

14

**PLAINTIFF'S PROPOSED JURY INSTRUCTION NO. _____**

## 1.05  CONDUCT OF THE JURY

Finally, to insure fairness, you as jurors must obey the following rules:

*First*, do not talk among yourselves about this case, or about anyone involved with it, until the end of the case when you go to the jury room to decide on your verdict.

*Second*, do not talk with anyone else about this case, or about anyone involved with it, until the trial has ended and you have been discharged as jurors.

*Third*, when you are outside the courtroom, do not let anyone tell you anything about the case, or about anyone involved with it until the trial has ended and your verdict has been accepted by me.  If someone should try to talk to you about the case during the trial, please report it to me.

*Fourth*, during the trial you should not talk with or speak to any of the parties, lawyers or witnesses involved in this case - you should not even pass the time of day with any of them.  It is important not only that you do justice in this case, but that you also give the appearance of doing justice.  If a person from one side of the lawsuit sees you talking to a person from the other side - even if it is simply to pass the time of day - an unwarranted and unnecessary suspicion about your fairness might be aroused.  If any lawyer, party or witness does not speak to you when you pass in the hall, ride the elevator or the like, remember it is because they are not supposed to talk or visit with you either.

*Fifth*, do not read any news stories or articles about the case, or about anyone involved with it, or listen to any radio or television reports about the case or about anyone involved with it.

*Sixth*, do not do any research or make any investigation about the case on your own.

*Seventh*, do not make up your mind during the trial about what the verdict should be. Keep an open mind until after you have gone to the jury room to decide the case and you and your fellow jurors have discussed the evidence.

Eighth Circuit Manual of Model Civil Jury Instruction 1.05

**PLAINTIFF'S PROPOSED JURY INSTRUCTION NO. _____**

**1.06  OUTLINE OF TRIAL**

The trial will proceed in the following manner:

First, the plaintiff's attorney may make an opening statement.  Next, the defendants' attorney may make an opening statement.  An opening statement is not evidence but is simply a summary of what the attorney expects the evidence to be.

The plaintiff will then present evidence and counsel for defendants may cross-examine. Following the plaintiffs case, the defendant may present evidence and plaintiff's counsel may cross-examine.

After presentation of evidence is completed, the attorneys will make their closing arguments to summarize and interpret the evidence for you.  As with opening statements, closing arguments are not evidence.  The court will instruct you further on the law.  After that you will retire to deliberate on your verdict.

Eighth Circuit Manual of Model Civil Jury Instruction 1.06

**PLAINTIFF'S PROPOSED JURY INSTRUCTION NO. _____**

**2.01  DUTIES OF JURY:  RECESSES**

We are about to take [our first] [a] recess and I remind you of the instruction I gave you earlier.  During this recess or any other recess, you must not discuss this case with anyone, including your fellow jurors, members of your family, people involved in the trial, or anyone else.  If anyone tries to talk to you about the case, please let me know about it immediately.  Do not read, watch or listen to any news reports of the trial.  Finally, keep an open mind until all the evidence has been received and you have heard the views of your fellow jurors.

I may not repeat these things to you before every recess, but keep them in mind throughout the trial.

Eighth Circuit Manual of Model Civil Jury Instruction 2.01

**PLAINTIFF'S PROPOSED JURY INSTRUCTION NO. _____**

**2.03  STIPULATED FACTS**

The plaintiff and the defendants have stipulated -- that is, they have agreed -- that certain facts are as counsel have just stated.  You should, therefore, treat those facts as having been proved.

Eighth Circuit Manual of Model Civil Jury Instruction 2.03

**PLAINTIFF'S PROPOSED JURY INSTRUCTION NO. _____**

**2.07  CROSS-EXAMINATION OF PARTY'S CHARACTER WITNESS**

      The questions and answers you have just heard were permitted only to help you decide if the witness really knew about _____'s reputation for truthfulness.  The information developed on that subject may not be used by you for any other purpose.

Eighth Circuit Manual of Model Civil Jury Instruction 2.07

**PLAINTIFF'S PROPOSED JURY INSTRUCTION NO.** _____

**2.08A  EVIDENCE ADMITTED AGAINST ONLY ONE PARTY**

Each party is entitled to have the case decided solely on the evidence which applies to that party.  Some of the evidence in this case is limited under the rules of evidence to one of the parties, and cannot be considered against the others.

The evidence you [are about to hear] [just heard] can be considered only in the case against _____.

Eighth Circuit Manual of Model Civil Jury Instruction 2.08B

**PLAINTIFF'S PROPOSED JURY INSTRUCTION NO. _____**

**2.08B  EVIDENCE ADMITTED FOR LIMITED PURPOSE**

The evidence [(you are about to hear) (you have just heard)]] may be considered by you only on the [(issue) (question)] of _____.   It may not be considered for any other purpose.

Eighth Circuit Manual of Model Civil Jury Instruction 2.08B (modified)

**PLAINTIFF'S PROPOSED JURY INSTRUCTION NO. _____**

### 3.01  EXPLANATORY

Members of the jury, the instructions I gave at the beginning of the trial and during the trial remain in effect.  I now give you some additional instructions.

You must, of course, continue to follow the instructions I gave you earlier, as well as those I give you now.  You must not single out some instructions and ignore others, because <u>all</u> are important.  This is true even though some of those I gave you at the beginning of trial or during trial are not repeated here.

The instructions I am about to give you now are in writing and will be available to you in the jury room.  I emphasize, however, that this does not mean they are more important than my earlier instructions.  Again, <u>all</u> instructions, whenever given and whether in writing or not, must be followed.

Eighth Circuit Manual of Model Civil Jury Instruction 3.01 (modified)

22

**PLAINTIFF'S PROPOSED JURY INSTRUCTION NO. _____**

**3.02  JUDGE'S OPINION**

Neither in these instructions nor in any ruling, action or remark that I have made during the course of this trial have I intended to give any opinion or suggestion as to what your verdict[s] should be.

During this trial I have occasionally asked questions of witnesses.  Do not assume that because I asked questions I hold any opinion on the matters to which my questions related.

Eighth Circuit Manual of Model Civil Jury Instruction 3.02

**PLAINTIFF'S PROPOSED JURY INSTRUCTION NO. _____**

### 3.03  CREDIBILITY OF WITNESSES

In deciding what the facts are, you may have to decide what testimony you believe and what testimony you do not believe.  You may believe all of what a witness said, or only part of it, or none of it.

In deciding what testimony to believe, you may consider a witness' intelligence, the opportunity a witness had to see or hear the things testified about, a witness' memory, any motives a witness may have for testifying a certain way, the manner of a witness while testifying, whether a witness said something different at an earlier time, the general reasonableness of the testimony, and the extent to which the testimony is consistent with any evidence that you believe.

In deciding whether or not to believe a witness, keep in mind that people sometimes hear or see things differently and sometimes forget things.  You need to consider therefore whether a contradiction is an innocent misrecollection or lapse of memory or an intentional falsehood, and that may depend on whether it has to do with an important fact or only a small detail.

Eighth Circuit Manual of Model Civil Jury Instruction 3.03

**PLAINTIFF'S PROPOSED JURY INSTRUCTION NO. _____**

### 3.04  BURDEN OF PROOF

In these instructions you are told that your verdict depends on whether you find certain facts have been proved.  The burden of proving a fact is upon the party whose claim or defense depends upon that fact.  The party who has the burden of proving a fact must prove it by the "greater weight" or "preponderance" of the evidence.  To prove something by the "greater weight" or "preponderance" of the evidence is to prove that it is more likely true than not true.  It is determined by considering all of the evidence and deciding which evidence is more believable. If, on any issue in the case, the evidence is equally balanced, you cannot find that issue has been proved.

The "greater weight" or "preponderance" of the evidence is not necessarily determined by the greater number of witnesses or exhibits a party has presented.

You may have heard of the term "proof beyond a reasonable doubt."  That is a stricter standard which applies in criminal cases.  It does not apply in civil cases such as this.  You should, therefore, put it out of your minds.

Eighth Circuit Manual of Model Civil Jury Instruction 3.04

25

**PLAINTIFF'S PROPOSED JURY INSTRUCTION NO. _____**

**3.06  ELECTION OF FOREPERSON; DUTY TO DELIBERATE; COMMUNICATIONS WITH COURT; CAUTIONARY; UNANIMOUS VERDICT; VERDICT FORM**

In conducting your deliberations and returning your verdict, there are certain rules you must follow.

*First*, when you go to the jury room, you must select one of your members as your foreperson.  That person will preside over your discussions and speak for you here in court.

*Second*, it is your duty, as jurors, to discuss this case with one another in the jury room. You should try to reach agreement if you can do so without violence to individual judgment, because a verdict must be unanimous.

Each of you must make your own conscientious decision, but only after you have considered all the evidence, discussed it fully with your fellow jurors, and listened to the views of your fellow jurors.

Do not be afraid to change your opinions if the discussion persuades you that you should. But do not come to a decision simply because other jurors think it is right, or simply to reach a verdict.  Remember at all times that you are not partisans.  You are judges - judges of the facts. Your sole interest is to seek the truth from the evidence in the case.

*Third*, if you need to communicate with me during your deliberations, you may send a note to me through the marshal or bailiff, signed by one or more jurors.  I will respond as soon as possible either in writing or orally in open court.  Remember that you should not tell anyone - including me - how your votes stand numerically.

*Fourth*, your verdict must be based solely on the evidence and on the law which I have given to you in my instructions.  The verdict must be unanimous.  Nothing I have said or done is intended to suggest what your verdict should be - that is entirely for you to decide.

*Finally*, the verdict form is simply the written notice of the decision that you reach in this case.  [The form reads:  (read form)].  You will take this form to the jury room, and when each of you has agreed on the verdicts, your foreperson will fill in the form, sign and date it, and advise the marshal or bailiff that you are ready to return to the courtroom.

If more than one form was furnished, you will bring the unused forms in with you.

Eighth Circuit Manual of Model Civil Jury Instruction 3.06

**PLAINTIFF'S PROPOSED JURY INSTRUCTION NO. _____**

**8.01  AGENCY**

A corporation acts only through its agents or employees and any agent or employee of a corporation may bind the corporation by acts and statements made while acting within the scope of the authority delegated to the agent by the corporation, or within the scope of his/her duties as an employee of the corporation.

Eighth Circuit Manual of Model Civil Jury Instruction 8.01

**PLAINTIFF'S PROPOSED JURY INSTRUCTION NO. _____**

**10.01 [1990 REVISION] DAMAGES-EXEMPLARY-OUTRAGEOUS
CONDUCT-INTENTIONAL TORTS**

If you find the issues in favor of plaintiff, and if you believe the conduct of defendant as

submitted in one or more instructions relating to battery was outrageous because of defendant's

evil motive or reckless indifference to the rights of others, then in addition to any damages to

which you find plaintiff entitled under such instructions, you may award plaintiff an additional

amount as punitive damages in such sum as you believe will serve to punish defendant and to

deter defendant and others from like conduct.  You may award punitive damages on some but

less than all of the claims for battery, all of the claims for battery, or none of the claims for

battery.

Missouri Approved Instruction 10.01 [1990 Revision] (modified)

29

**PLAINTIFF'S PROPOSED JURY INSTRUCTION NO. _____**

**10.02 [1983 REVISION] DAMAGES-EXEMPLARY-NEGLIGENCE CONSTITUTING CONSCIOUS DISREGARD FOR OTHERS**

  If you find in favor of plaintiff on the theory of negligence, and if you believe the conduct of defendant(s) as submitted in the instructions based on negligence showed complete indifference to or conscious disregard for the safety of others, then in addition to any damages to which you may find plaintiff entitled for negligence, you may award plaintiff an additional amount as punitive damages in such sum as you believe will serve to punish defendant and to deter defendant and others from like conduct.

Missouri Approved Instruction 10.02 [1983 Revision] (modified)

30

**PLAINTIFF'S PROPOSED JURY INSTRUCTION NO. _____**

**11.06   [1996 REVISION]DEFINITIONS - NEGLIGENCE - CUSTODIAN OF MINOR
        REQUIRING MENTAL HEALTH CARE SERVICES**

The term "negligent" or negligence as used in these instructions means the failure to use

that degree of care that an ordinarily careful parent would use under the same or similar

circumstances.


Missouri Approved Instruction 11.06 (modified)

**21.01  [1988 REVISION]   VERDICT DIRECTING - ACTIONS AGAINST A
CUSTODIAN OF A MINOR REQUIRING MEDICAL OR MENTAL HEALTH
CARE OR OTHER PROFESSIONAL SERVICES - NO COMPARATIVE FAULT**

Your verdict must be for the plaintiff if you believe:

First, defendant provided inadequate care for the Plaintiff's mental, emotional, or other

physical condition, and

Second, defendant was thereby negligent, and

Third, as a direct result of such negligence plaintiff sustained damage.


Missouri Approved Instruction 21.01  (modified)

**PLAINTIFF'S PROPOSED JURY INSTRUCTION NO. _____**

**23.02 [1990 REVISION] VERDICT DIRECTING—BATTERY**

Your verdict must be for plaintiff if you believe:

First, defendant intentionally struck, hit, or otherwise caused offensive contact with

plaintiff, and

Second, defendant thereby caused a contact with the plaintiff which was offensive to

plaintiff, and

Third, such contact would be offensive to a reasonable person.

Missouri Approved Instruction 23.02 (see note 1) (modified)
*Edmisten v. Dousette*, 334 SW2d 746 (Mo. App. 1960)

**PLAINTIFF'S PROPOSED JURY INSTRUCTION NO. _____**

**23.05 [1996 REVISION] VERDICT DIRECTING—FRAUDULENT MISREPRESENTATIONS**

Your verdict must be for plaintiff if you believe:

First, defendants made at least one representation to the plaintiffs, intending that plaintiffs rely upon such representation in contracting with Mountain Park Boarding Academy for the care and custody of their child, and

Second, the representation was false, and

Third, defendant knew that the representation was false, and

Fourth, the representation was material to the parent or parents seeking services for their child, and

Fifth, plaintiff relied on the representation in contracting for the services of the defendants, and

Sixth, as a direct result of such representation the plaintiff was damaged.


Missouri Approved Instruction 23.05 (modified)

**PLAINTIFF'S PROPOSED JURY INSTRUCTION NO. _____**

**23.12(1) [1989 NEW] VERDICT DIRECTING—CONVERSION—TAKING**

Your verdict must be for plaintiff if you believe:

First, plaintiff was the rightful possessor of a piccolo, and

Second, defendant took possession of the piccolo with the intent to exercise some control over the piccolo, and

Third, defendant thereby deprived plaintiff of the right to possession of the piccolo.

Missouri Approved Instruction 23.12 (modified)

35

**PLAINTIFF'S PROPOSED JURY INSTRUCTION NO. _____**

**31.23 [2000 NEW] VERDICT DIRECTING—INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS**

In a verdict directing instruction submitting negligent infliction of emotional distress, the essential elements are:

Intentional acts or omissions by the defendant undertaken for the purpose of causing emotional distress, and

As a direct result of such acts or omissions, plaintiff sustained medically diagnosable and significant emotional distress.


Missouri Approved Instruction 31.23 (modified)

36

**PLAINTIFF'S PROPOSED JURY INSTRUCTION NO. _____**

**23.04 [1983 REVISION] VERDICT DIRECTING—FALSE IMPRISONMENT**

Your verdict must be for plaintiff if you believe:

Defendant intentionally restrained plaintiff, instigated the restraint of plaintiff, or

participated in the restraint of plaintiff, against her will.


[unless you believe plaintiff is not entitled to recover by reason of Instruction Number ___   (here insert number of affirmative defense instruction ) ].

Missouri Approved Instruction 23.04 (modified)

**PLAINTIFF'S PROPOSED JURY INSTRUCTION NO. _____**

**23.01 [1981 REVISION] VERDICT DIRECTING—ASSAULT**

Your verdict must be for plaintiff(s) if you believe:

First, defendant or defendants committed acts with the intent to cause plaintiff(s) apprehension of offensive contact or apprehension of bodily harm, and

Second, defendant thereby caused plaintiff(s) to be in apprehension of bodily harm, or offensive contact.


Missouri Approved Instruction 23.01 (modified)

38

**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEAST DIVISION**

JAMIE KAUFMANN WOODS et al                                     PLAINTIFFS

vs.                           Case No. Case No. 1:03CV00105CAS

BOB WILLS et al                                                DEFENDANTS

**36.11 [1980 REVISION] FORM OF VERDICT—PLAINTIFF VS.
DEFENDANT—ACTUAL AND PUNITIVE DAMAGES – BATTERY - _Woods v.  Wills_**

On the claim of plaintiff Jamie Kaufmann Woods for battery against Betty Wills, we, the undersigned jurors, find in favor of:

Note: Complete this form by writing in the name required by your verdict.


_____        Plaintiff Jamie Kaufmann Woods    or     Defendant Betty Wills

Note: Complete the following paragraph only if the above finding is in favor of Plaintiff.

We, the undersigned jurors, assess the damages of plaintiff  as follows:

For actual damages $_____ (_stating the amount_ ).

For punitive damages $_____ (_state the amount or, if none, write the word,
"none"_ ).

Missouri Approved Instruction 36.11 (modified)

39

**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEAST DIVISION**

JAMIE KAUFMANN WOODS et al                                    PLAINTIFFS

vs.                          Case No. Case No. 1:03CV00105CAS

BOB WILLS et al                                               DEFENDANTS

**36.11 [1980 REVISION] FORM OF VERDICT—PLAINTIFF VS. DEFENDANT –
ACTUAL AND PUNITIVE DAMAGES – BATTERY - _Woods v.  Hill_**

On the claim of plaintiff Jamie Kaufmann Woods for battery against Andrea Hill, we, the undersigned jurors, find in favor of:

Note: Complete this form by writing in the name required by your verdict.


_____       Plaintiff Jamie Kaufmann Woods  or     Defendant Andrea Hill

Note: Complete the following paragraph only if the above finding is in favor of Plaintiff.

We, the undersigned jurors, assess the damages of plaintiff  as follows:

For actual damages $_____ (*stating the amount* ).

For punitive damages $_____ (*state the amount or, if none, write the word, "none"* ).

Missouri Approved Instruction 36.11 (modified)

40

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEAST DIVISION**

JAMIE KAUFMANN WOODS et al                                              PLAINTIFFS

vs.                            Case No. Case No. 1:03CV00105CAS

BOB WILLS et al                                                        DEFENDANTS

**36.11 [1980 REVISION] FORM OF VERDICT—PLAINTIFF VS.**
**DEFENDANT—ACTUAL AND PUNITIVE DAMAGES – BATTERY - _Tracy Ozuna_**

On the claim of plaintiff Tracy Brazil Ozuna for battery against Deborah Gerhardt, we, the undersigned jurors, find in favor of:

Note: Complete this form by writing in the name required by your verdict.

_____   Plaintiff Tracy Brazil Ozuna    or Deborah Gerhardt  Defendant

Note: Complete the following paragraph only if the above finding is in favor of Plaintiff.

We, the undersigned jurors, assess the damages of plaintiff  as follows:

For actual damages $_____ (_stating the amount_ ).

For punitive damages $_____ (_state the amount or, if none, write the word,_ _"none"_ ).

Missouri Approved Instruction 36.11 (modified)

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEAST DIVISION**

JAMIE KAUFMANN WOODS et al                                         PLAINTIFFS

vs.                              Case No. Case No. 1:03CV00105CAS

BOB WILLS et al                                                    DEFENDANTS

**36.11 [1980 REVISION] FORM OF VERDICT—PLAINTIFF VS.**
**DEFENDANT—ACTUAL AND PUNITIVE DAMAGES – NEGLIGENCE - *Jamie Woods***

On the claim of plaintiff Jamie Kaufmann Woods for negligence against the Defendants,

we, the undersigned jurors, find in favor of:

Note: Complete this form by  the name required by your verdict.


_____      Plaintiff Jamie Kaufmann Woods    or    Defendants

If the verdict is in favor of Plaintiff, please circle the names of all persons against whom the

finding of negligence is made:  Bob Wills; Betty Sue Wills; Sam Gerhardt, Deborah Gerhardt;

Julie Gerhardt; Sharon Goodman;  Andrea Hill (circle all that apply)

Note: Complete the following paragraph only if the above finding is in favor of Plaintiff.

We, the undersigned jurors, assess the damages of plaintiff  as follows:


For actual damages $_____ (*stating the amount* ).


For punitive damages $_____ (*state the amount or, if none, write the word,*

*"none"* ).

Missouri Approved Instruction 36.11 (modified)

42

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEAST DIVISION**

JAMIE KAUFMANN WOODS et al                                     PLAINTIFFS

vs.                          Case No. Case No. 1:03CV00105CAS

BOB WILLS et al                                                DEFENDANTS

**36.11 [1980 REVISION] FORM OF VERDICT—PLAINTIFF VS.**
**DEFENDANT—ACTUAL AND PUNITIVE DAMAGES – NEGLIGENCE - _Tracy Ozuna_**

On the claim of plaintiff Tracy Ozuna for negligence against the Defendants, we, the

undersigned jurors, find in favor of:

Note: Complete this form by  the name required by your verdict.


_____     Plaintiff Tracy Ozuna    or    Defendants

If the verdict is in favor of Plaintiff, please circle the names of all persons against whom the

finding of negligence is made:  Bob Wills; Betty Sue Wills; Sam Gerhardt, Deborah Gerhardt;

Julie Gerhardt; Sharon Goodman;  Andrea Hill (circle all that apply)

Note: Complete the following paragraph only if the above finding is in favor of Plaintiff.

We, the undersigned jurors, assess the damages of plaintiff  as follows:


For actual damages $_____ (_stating the amount_ ).


For punitive damages $_____ (_state the amount or, if none, write the word,_

_"none"_ ).

Missouri Approved Instruction 36.11 (modified)

43

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEAST DIVISION**

JAMIE KAUFMANN WOODS et al                                    PLAINTIFFS

vs.                          Case No. Case No. 1:03CV00105CAS

BOB WILLS et al                                              DEFENDANTS

**36.11 [1980 REVISION] FORM OF VERDICT—PLAINTIFF VS.**
**DEFENDANT—ACTUAL AND PUNITIVE DAMAGES – NEGLIGENCE - _Erika Teasley_**
              On the claim of plaintiff Erika Teasley for negligence against the Defendants, we, the

undersigned jurors, find in favor of:

Note: Complete this form by  the name required by your verdict.


_____   Plaintiff Erika Teasley   or    Defendants

If the verdict is in favor of Plaintiff, please circle the names of all persons against whom the

finding of negligence is made:  Bob Wills; Betty Sue Wills; Sam Gerhardt, Deborah Gerhardt;

Julie Gerhardt; Sharon Goodman;  Andrea Hill (circle all that apply)


Note: Complete the following paragraph only if the above finding is in favor of Plaintiff.


       We, the undersigned jurors, assess the damages of plaintiff  as follows:


       For actual damages $_____ (_stating the amount_ ).


       For punitive damages $_____ (_state the amount or, if none, write the word,_

_"none"_ ).


Missouri Approved Instruction 36.11 (modified)

44

**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEAST DIVISION**

JAMIE KAUFMANN WOODS et al                                      PLAINTIFFS

vs.                              Case No. Case No. 1:03CV00105CAS

BOB WILLS et al                                                  DEFENDANTS

**36.11 [1980 REVISION] FORM OF VERDICT—PLAINTIFF VS.
DEFENDANT—ACTUAL AND PUNITIVE DAMAGES – NEGLIGENCE - _Jessica Deboi_**

On the claim of plaintiff Jessica Deboi for negligence against the Defendants, we, the undersigned jurors, find in favor of:

Note: Complete this form by  the name required by your verdict.


_____   Plaintiff Jessica Deboi   or    Defendants

If the verdict is in favor of Plaintiff, please circle the names of all persons against whom the finding of negligence is made:  Bob Wills; Betty Sue Wills; Sam Gerhardt, Deborah Gerhardt; Julie Gerhardt; Sharon Goodman;  Andrea Hill (circle all that apply)


Note: Complete the following paragraph only if the above finding is in favor of Plaintiff.


We, the undersigned jurors, assess the damages of plaintiff  as follows:


For actual damages $_____ (_stating the amount_ ).


For punitive damages $_____ (_state the amount or, if none, write the word, "none"_ ).


Missouri Approved Instruction 36.11 (modified)

45

**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEAST DIVISION**

JAMIE KAUFMANN WOODS et al                                    PLAINTIFFS

vs.                          Case No. Case No. 1:03CV00105CAS

BOB WILLS et al                                              DEFENDANTS

**36.11 [1980 REVISION] FORM OF VERDICT—PLAINTIFF VS. DEFENDANT
ACTUAL AND PUNITIVE DAMAGES – NEGLIGENCE - _Shari Lueken_**

On the claim of plaintiff Shari Lueken for negligence against the Defendants, we, the
undersigned jurors, find in favor of:
Note: Complete this form by  the name required by your verdict.


_____   Plaintiff Shari Lueken    or    Defendants

If the verdict is in favor of Plaintiff, please circle the names of all persons against whom the
finding of negligence is made:  Bob Wills; Betty Sue Wills; Sam Gerhardt, Deborah Gerhardt;
Julie Gerhardt; Sharon Goodman;  Andrea Hill (circle all that apply)


Note: Complete the following paragraph only if the above finding is in favor of Plaintiff.


We, the undersigned jurors, assess the damages of plaintiff  as follows:


For actual damages $_____ (*stating the amount* ).


For punitive damages $_____ (*state the amount or, if none, write the word,
"none"* ).


Missouri Approved Instruction 36.11 (modified)

46

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### SOUTHEAST DIVISION

JAMIE KAUFMANN WOODS et al                                    PLAINTIFFS

vs.                        Case No. Case No. 1:03CV00105CAS

BOB WILLS et al                                               DEFENDANTS

**36.11 [1980 REVISION] FORM OF VERDICT—PLAINTIFF VS. DEFENDANT
ACTUAL AND PUNITIVE DAMAGES – FRAUDULENT REPRESENTATIONS - _Ralph
and Marilyn Lueken_**


On the claim of plaintiffs Ralph and Marilyn Lueken for fraud against the Defendants,

we, the undersigned jurors, find in favor of:

Note: Complete this form by  the name required by your verdict.

_____     Plaintiffs Ralph and Marilyn Lueken     or     Defendants

If the verdict is in favor of Plaintiff, please circle the names of all persons against whom the

finding of fraud is made:  Bob Wills; Betty Sue Wills; Sam Gerhardt, Deborah Gerhardt; Julie

Gerhardt; Sharon Goodman;  Andrea Hill (circle all that apply)


Note: Complete the following paragraph only if the above finding is in favor of Plaintiff.

We, the undersigned jurors, assess the damages of plaintiff  as follows:


For actual damages $_____ (_stating the amount_ ).


For punitive damages $_____ (_state the amount or, if none, write the
word, "none"_ ).

Missouri Approved Instruction 36.11 (modified)

47

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEAST DIVISION**

JAMIE KAUFMANN WOODS et al                                    PLAINTIFFS

vs.                              Case No. Case No. 1:03CV00105CAS

BOB WILLS et al                                               DEFENDANTS

**36.11 [1980 REVISION] FORM OF VERDICT—PLAINTIFF VS. DEFENDANT**
**ACTUAL AND PUNITIVE DAMAGES – FRAUDULENT REPRESENTATIONS -**
**_Katrina Hoover_**

On the claim of plaintiff Katrina Hoover for fraud against the Defendants, we, the

undersigned jurors, find in favor of:

Note: Complete this form by  the name required by your verdict.

_____    Plaintiffs Katrina Hoover    or    Defendants

If the verdict is in favor of Plaintiff, please circle the names of all persons against whom the

finding of fraud is made:  Bob Wills; Betty Sue Wills; Sam Gerhardt, Deborah Gerhardt; Julie

Gerhardt; Sharon Goodman;  Andrea Hill (circle all that apply)

Note: Complete the following paragraph only if the above finding is in favor of Plaintiff.

We, the undersigned jurors, assess the damages of plaintiff  as follows:

For actual damages $_____ (_stating the amount_ ).

For punitive damages $_____ (_state the amount or, if none, write the_
_word, "none"_ ).

Missouri Approved Instruction 36.11 (modified)

48

**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEAST DIVISION**

JAMIE KAUFMANN WOODS et al                                      PLAINTIFFS

vs.                                  Case No. Case No. 1:03CV00105CAS

BOB WILLS et al                                                DEFENDANTS

**36.11 [1980 REVISION] FORM OF VERDICT—PLAINTIFF VS. DEFENDANT
ACTUAL AND PUNITIVE DAMAGES – CONVERSION - _Ralph,  Marilyn, or Shari
Lueken_**

On the claim of plaintiffs Ralph, Marilyn, or Shari Lueken for conversion against the

Defendants, we, the undersigned jurors, find in favor of:

Note: Complete this form by  the name required by your verdict.

_____    Plaintiffs Ralph, Marilyn, or Shari Lueken   or     Defendants

If the verdict is in favor of Plaintiff, please circle the names of all persons against whom the

finding is made:  Bob Wills; Betty Sue Wills; Sam Gerhardt, Deborah Gerhardt; Julie Gerhardt;

Sharon Goodman;  Andrea Hill (circle all that apply)

Note: Complete the following paragraph only if the above finding is in favor of Plaintiff.

We, the undersigned jurors, assess the damages of plaintiff  as follows:

For actual damages $_____ (_stating the amount_ ).

For punitive damages $_____ (_state the amount or, if none, write the
word, "none"_ ).

Missouri Approved Instruction 36.11 (modified)

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEAST DIVISION**

JAMIE KAUFMANN WOODS et al                                    PLAINTIFFS

vs.                              Case No. Case No. 1:03CV00105CAS

BOB WILLS et al                                               DEFENDANTS

**36.11 [1980 REVISION] FORM OF VERDICT—PLAINTIFF VS. DEFENDANT
ACTUAL AND PUNITIVE DAMAGES – INTENTIONAL INFLICTION OF
EMOTIONAL DISTRESS - _Jessica Deboi_**

On the claim of plaintiff Jessica Deboi against the Defendants for intentional infliction of

emotional distress, we, the undersigned jurors, find in favor of:

Note: Complete this form by  the name required by your verdict.

_____     Plaintiff Jessica Deboi   or    Defendants

If the verdict is in favor of Plaintiff, please circle the names of all persons against whom the

finding is made:  Bob Wills; Betty Sue Wills; Sam Gerhardt, Deborah Gerhardt; Julie Gerhardt;

Sharon Goodman;  Andrea Hill (circle all that apply)

Note: Complete the following paragraph only if the above finding is in favor of Plaintiff.

We, the undersigned jurors, assess the damages of plaintiff  as follows:

For actual damages $_____ (_stating the amount_ ).

For punitive damages $_____ (_state the amount or, if none, write the
word, "none"_ ).

Missouri Approved Instruction 36.11 (modified)

50

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEAST DIVISION**

JAMIE KAUFMANN WOODS et al                                    PLAINTIFFS

vs.                          Case No. Case No. 1:03CV00105CAS

BOB WILLS et al                                               DEFENDANTS

**36.11 [1980 REVISION] FORM OF VERDICT—PLAINTIFF VS. DEFENDANT**
**ACTUAL AND PUNITIVE DAMAGES – INTENTIONAL INFLICTION OF**
**EMOTIONAL DISTRESS - _Tracy Ozuna_**


On the claim of plaintiff Tracy Ozuna against the Defendants for intentional infliction of

emotional distress, we, the undersigned jurors, find in favor of:

Note: Complete this form by  the name required by your verdict.

_____    Plaintiff Tracy Ozuna   or    Defendants

If the verdict is in favor of Plaintiff, please circle the names of all persons against whom the

finding is made:  Bob Wills; Betty Sue Wills; Sam Gerhardt, Deborah Gerhardt; Julie Gerhardt;

Sharon Goodman;  Andrea Hill (circle all that apply)


Note: Complete the following paragraph only if the above finding is in favor of Plaintiff.

We, the undersigned jurors, assess the damages of plaintiff  as follows:


For actual damages $_____ (_stating the amount_ ).


For punitive damages $_____ (_state the amount or, if none, write the_
_word, "none"_ ).

Missouri Approved Instruction 36.11 (modified)

51

**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEAST DIVISION**

JAMIE KAUFMANN WOODS et al                                      PLAINTIFFS

vs.                              Case No. Case No. 1:03CV00105CAS

BOB WILLS et al                                                 DEFENDANTS

**36.11 [1980 REVISION] FORM OF VERDICT—PLAINTIFF VS. DEFENDANT
ACTUAL AND PUNITIVE DAMAGES – INTENTIONAL INFLICTION OF
EMOTIONAL DISTRESS -** *__Jamie Kaufmann Woods__*


On the claim of plaintiff Jamie Kaufmann Woods against the Defendants for intentional

infliction of emotional distress, we, the undersigned jurors, find in favor of:

Note: Complete this form by  the name required by your verdict.

_____   Plaintiff Jamie Kaufmann Woods   or    Defendants

If the verdict is in favor of Plaintiff, please circle the names of all persons against whom the

finding is made:  Bob Wills; Betty Sue Wills; Sam Gerhardt, Deborah Gerhardt; Julie Gerhardt;

Sharon Goodman;  Andrea Hill (circle all that apply)


Note: Complete the following paragraph only if the above finding is in favor of Plaintiff.

We, the undersigned jurors, assess the damages of plaintiff  as follows:


For actual damages $_____ (*stating the amount* ).


For punitive damages $_____ (*state the amount or, if none, write the
word, "none"* ).

Missouri Approved Instruction 36.11 (modified)

52

**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEAST DIVISION**

JAMIE KAUFMANN WOODS et al                                    PLAINTIFFS

vs.                          Case No. Case No. 1:03CV00105CAS

BOB WILLS et al                                              DEFENDANTS

**36.11 [1980 REVISION] FORM OF VERDICT—PLAINTIFF VS. DEFENDANT
ACTUAL AND PUNITIVE DAMAGES – INTENTIONAL INFLICTION OF
EMOTIONAL DISTRESS - _Shari Lueken_**


On the claim of plaintiff Shari Lueken against the Defendants for intentional infliction of

emotional distress, we, the undersigned jurors, find in favor of:

Note: Complete this form by  the name required by your verdict.

_____    Plaintiff Shari Lueken   or    Defendants

If the verdict is in favor of Plaintiff, please circle the names of all persons against whom the

finding is made:  Bob Wills; Betty Sue Wills; Sam Gerhardt, Deborah Gerhardt; Julie Gerhardt;

Sharon Goodman;  Andrea Hill (circle all that apply)


Note: Complete the following paragraph only if the above finding is in favor of Plaintiff.

We, the undersigned jurors, assess the damages of plaintiff  as follows:


For actual damages $_____ (_stating the amount_ ).


For punitive damages $_____ (_state the amount or, if none, write the
word, "none"_ ).

Missouri Approved Instruction 36.11 (modified)

53

**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEAST DIVISION**

JAMIE KAUFMANN WOODS et al                                        PLAINTIFFS

vs.                              Case No. Case No. 1:03CV00105CAS

BOB WILLS et al                                                   DEFENDANTS

**36.11 [1980 REVISION] FORM OF VERDICT—PLAINTIFF VS. DEFENDANT
ACTUAL AND PUNITIVE DAMAGES – INTENTIONAL INFLICTION OF
EMOTIONAL DISTRESS - _Erika Teasley_**

On the claim of plaintiff Erika Teasley against the Defendants for intentional infliction of

emotional distress, we, the undersigned jurors, find in favor of:

Note: Complete this form by  the name required by your verdict.

_____      Plaintiff Erika Teasley   or    Defendants

If the verdict is in favor of Plaintiff, please circle the names of all persons against whom the

finding is made:  Bob Wills; Betty Sue Wills; Sam Gerhardt, Deborah Gerhardt; Julie Gerhardt;

Sharon Goodman;  Andrea Hill (circle all that apply)

Note: Complete the following paragraph only if the above finding is in favor of Plaintiff.

We, the undersigned jurors, assess the damages of plaintiff  as follows:

For actual damages $_____ (_stating the amount_ ).

For punitive damages $_____ (_state the amount or, if none, write the
word, "none"_ ).

Missouri Approved Instruction 36.11 (modified)

54

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEAST DIVISION**

JAMIE KAUFMANN WOODS et al                                          PLAINTIFFS

vs.                              Case No. Case No. 1:03CV00105CAS

BOB WILLS et al                                                     DEFENDANTS

**36.11 [1980 REVISION] FORM OF VERDICT—PLAINTIFF VS. DEFENDANT
ACTUAL AND PUNITIVE DAMAGES – FALSE IMPRISONMENT - _Jessica Deboi_**


On the claim of plaintiff Jessica Deboi against the Defendants for false imprisonment,

we, the undersigned jurors, find in favor of:

Note: Complete this form by  the name required by your verdict.

_____   Plaintiff Jessica Deboi   or    Defendants

If the verdict is in favor of Plaintiff, please circle the names of all persons against whom the

finding is made:  Bob Wills; Betty Sue Wills; Sam Gerhardt, Deborah Gerhardt; Julie Gerhardt;

Sharon Goodman;  Andrea Hill (circle all that apply)


Note: Complete the following paragraph only if the above finding is in favor of Plaintiff.

We, the undersigned jurors, assess the damages of plaintiff  as follows:


For actual damages $_____ (*stating the amount* ).


For punitive damages $_____ (*state the amount or, if none, write the
word, "none"* ).

Missouri Approved Instruction 36.11 (modified)

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEAST DIVISION**

JAMIE KAUFMANN WOODS et al                                        PLAINTIFFS

vs.                              Case No. Case No. 1:03CV00105CAS

BOB WILLS et al                                                   DEFENDANTS

**36.11 [1980 REVISION] FORM OF VERDICT—PLAINTIFF VS. DEFENDANT**
**ACTUAL AND PUNITIVE DAMAGES – FALSE IMPRISONMENT - _Tracy Ozuna_**


On the claim of plaintiff Tracy Ozuna against the Defendants for false imprisonment, we,

the undersigned jurors, find in favor of:

Note: Complete this form by  the name required by your verdict.

_____   Plaintiff Tracy Ozuna   or    Defendants

If the verdict is in favor of Plaintiff, please circle the names of all persons against whom the

finding is made:  Bob Wills; Betty Sue Wills; Sam Gerhardt, Deborah Gerhardt; Julie Gerhardt;

Sharon Goodman;  Andrea Hill (circle all that apply)


Note: Complete the following paragraph only if the above finding is in favor of Plaintiff.

We, the undersigned jurors, assess the damages of plaintiff  as follows:


For actual damages $_____ (*stating the amount* ).


For punitive damages $_____ (*state the amount or, if none, write the*
*word, "none"* ).

Missouri Approved Instruction 36.11 (modified)

56

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEAST DIVISION**

JAMIE KAUFMANN WOODS et al                                          PLAINTIFFS

vs.                          Case No. Case No. 1:03CV00105CAS

BOB WILLS et al                                                     DEFENDANTS

**36.11 [1980 REVISION] FORM OF VERDICT—PLAINTIFF VS. DEFENDANT**
**ACTUAL AND PUNITIVE DAMAGES – FALSE IMPRISONMENT - _Jamie Kaufmann_**
**_Woods_**

On the claim of plaintiff Jamie Kaufmann Woods against the Defendants for false

imprisonment, we, the undersigned jurors, find in favor of:

Note: Complete this form by  the name required by your verdict.

_____   Plaintiff Jamie Kaufmann Woods    or    Defendants

If the verdict is in favor of Plaintiff, please circle the names of all persons against whom the

finding is made:  Bob Wills; Betty Sue Wills; Sam Gerhardt, Deborah Gerhardt; Julie Gerhardt;

Sharon Goodman;  Andrea Hill (circle all that apply)

Note: Complete the following paragraph only if the above finding is in favor of Plaintiff.

We, the undersigned jurors, assess the damages of plaintiff  as follows:

For actual damages $_____ (_stating the amount_ ).

For punitive damages $_____ (_state the amount or, if none, write the_
_word, "none"_ ).

Missouri Approved Instruction 36.11 (modified)

57

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEAST DIVISION**

JAMIE KAUFMANN WOODS et al                                            PLAINTIFFS

vs.                                  Case No. Case No. 1:03CV00105CAS

BOB WILLS et al                                                       DEFENDANTS

**36.11 [1980 REVISION] FORM OF VERDICT—PLAINTIFF VS. DEFENDANT**
**ACTUAL AND PUNITIVE DAMAGES – FALSE IMPRISONMENT - _Shari Lueken_**

On the claim of plaintiff Shari Lueken  against the Defendants for false imprisonment,

we, the undersigned jurors, find in favor of:

Note: Complete this form by  the name required by your verdict.

_____      Plaintiff Shari Lueken   or     Defendants

If the verdict is in favor of Plaintiff, please circle the names of all persons against whom the

finding is made:  Bob Wills; Betty Sue Wills; Sam Gerhardt, Deborah Gerhardt; Julie Gerhardt;

Sharon Goodman;  Andrea Hill (circle all that apply)

Note: Complete the following paragraph only if the above finding is in favor of Plaintiff.

We, the undersigned jurors, assess the damages of plaintiff  as follows:

For actual damages $_____ (*stating the amount* ).

For punitive damages $_____ (*state the amount or, if none, write the
word, "none"* ).

Missouri Approved Instruction 36.11 (modified)

58

## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## SOUTHEAST DIVISION

JAMIE KAUFMANN WOODS et al                                    PLAINTIFFS

vs.                              Case No. Case No. 1:03CV00105CAS

BOB WILLS et al                                               DEFENDANTS

**36.11 [1980 REVISION] FORM OF VERDICT—PLAINTIFF VS. DEFENDANT
ACTUAL AND PUNITIVE DAMAGES – FALSE IMPRISONMENT - _Erika Teasley_**

On the claim of plaintiff Erika Teasley  against the Defendants for false imprisonment,

we, the undersigned jurors, find in favor of:

Note: Complete this form by  the name required by your verdict.

_____     Plaintiff Erika Teasley   or     Defendants

If the verdict is in favor of Plaintiff, please circle the names of all persons against whom the

finding is made:  Bob Wills; Betty Sue Wills; Sam Gerhardt, Deborah Gerhardt; Julie Gerhardt;

Sharon Goodman;  Andrea Hill (circle all that apply)

Note: Complete the following paragraph only if the above finding is in favor of Plaintiff.

We, the undersigned jurors, assess the damages of plaintiff  as follows:

For actual damages $_____ (_stating the amount_ ).

For punitive damages $_____ (_state the amount or, if none, write the
word, "none"_ ).

Missouri Approved Instruction 36.11 (modified)

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEAST DIVISION**

JAMIE KAUFMANN WOODS et al                                    PLAINTIFFS

vs.                              Case No. Case No. 1:03CV00105CAS

BOB WILLS et al                                               DEFENDANTS

**36.11 [1980 REVISION] FORM OF VERDICT—PLAINTIFF VS. DEFENDANT**
**ACTUAL AND PUNITIVE DAMAGES – ASSAULT - _Jessica Deboi_**


On the claim of plaintiff Jessica Deboi  against the Defendants for assault, we, the

undersigned jurors, find in favor of:

Note: Complete this form by  the name required by your verdict.

_____     Plaintiff Jessica Deboi   or     Defendants

If the verdict is in favor of Plaintiff, please circle the names of all persons against whom the

finding is made:  Bob Wills; Betty Sue Wills; Sam Gerhardt, Deborah Gerhardt; Julie Gerhardt;

Sharon Goodman;  Andrea Hill (circle all that apply)


Note: Complete the following paragraph only if the above finding is in favor of Plaintiff.

We, the undersigned jurors, assess the damages of plaintiff  as follows:


For actual damages $_____ (*stating the amount* ).


For punitive damages $_____ (*state the amount or, if none, write the*
*word, "none"* ).

Missouri Approved Instruction 36.11 (modified)

60

**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEAST DIVISION**

JAMIE KAUFMANN WOODS et al                                      PLAINTIFFS

vs.                          Case No. Case No. 1:03CV00105CAS

BOB WILLS et al                                                 DEFENDANTS

**36.11 [1980 REVISION] FORM OF VERDICT—PLAINTIFF VS. DEFENDANT
ACTUAL AND PUNITIVE DAMAGES – ASSAULT - _Tracy Ozuna_**

On the claim of plaintiff Tracy Ozuna   against the Defendants for assault, we, the

undersigned jurors, find in favor of:

Note: Complete this form by  the name required by your verdict.

_____   Plaintiff Tracy Ozuna   or    Defendants

If the verdict is in favor of Plaintiff, please circle the names of all persons against whom the

finding is made:  Bob Wills; Betty Sue Wills; Sam Gerhardt, Deborah Gerhardt; Julie Gerhardt;

Sharon Goodman;  Andrea Hill (circle all that apply)

Note: Complete the following paragraph only if the above finding is in favor of Plaintiff.

We, the undersigned jurors, assess the damages of plaintiff  as follows:

For actual damages $_____ (*stating the amount* ).

For punitive damages $_____ (*state the amount or, if none, write the
word, "none"* ).

Missouri Approved Instruction 36.11 (modified)

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEAST DIVISION**

JAMIE KAUFMANN WOODS et al                                         PLAINTIFFS

vs.                              Case No. Case No. 1:03CV00105CAS

BOB WILLS et al                                                    DEFENDANTS

**36.11 [1980 REVISION] FORM OF VERDICT—PLAINTIFF VS. DEFENDANT**
**ACTUAL AND PUNITIVE DAMAGES – ASSAULT - _Jamie Kaufmann Woods_**

On the claim of plaintiff Jamie Kaufmann Woods   against the Defendants for assault, we,

the undersigned jurors, find in favor of:

Note: Complete this form by  the name required by your verdict.

_____   Plaintiff Jamie Kaufmann Woods   or    Defendants

If the verdict is in favor of Plaintiff, please circle the names of all persons against whom the

finding is made:  Bob Wills; Betty Sue Wills; Sam Gerhardt, Deborah Gerhardt; Julie Gerhardt;

Sharon Goodman;  Andrea Hill (circle all that apply)

Note: Complete the following paragraph only if the above finding is in favor of Plaintiff.

We, the undersigned jurors, assess the damages of plaintiff  as follows:

For actual damages $_____ (_stating the amount_ ).

For punitive damages $_____ (_state the amount or, if none, write the_
_word, "none"_ ).

Missouri Approved Instruction 36.11 (modified)

62

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEAST DIVISION**

JAMIE KAUFMANN WOODS et al                                      PLAINTIFFS

vs.                                    Case No. Case No. 1:03CV00105CAS

BOB WILLS et al                                                 DEFENDANTS

**36.11 [1980 REVISION] FORM OF VERDICT—PLAINTIFF VS. DEFENDANT**
**ACTUAL AND PUNITIVE DAMAGES – ASSAULT - _Shari Lueken_**


On the claim of plaintiff Shari Lueken  against the Defendants for assault, we, the

undersigned jurors, find in favor of:

Note: Complete this form by  the name required by your verdict.

_____   Plaintiff Shari Lueken   or    Defendants

If the verdict is in favor of Plaintiff, please circle the names of all persons against whom the

finding is made:  Bob Wills; Betty Sue Wills; Sam Gerhardt, Deborah Gerhardt; Julie Gerhardt;

Sharon Goodman;  Andrea Hill (circle all that apply)


Note: Complete the following paragraph only if the above finding is in favor of Plaintiff.

We, the undersigned jurors, assess the damages of plaintiff  as follows:


For actual damages $_____ (*stating the amount* ).


For punitive damages $_____ (*state the amount or, if none, write the*
*word, "none"* ).

Missouri Approved Instruction 36.11 (modified)

63

**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEAST DIVISION**

JAMIE KAUFMANN WOODS et al                                        PLAINTIFFS

vs.                              Case No. Case No. 1:03CV00105CAS

BOB WILLS et al                                                    DEFENDANTS

**36.11 [1980 REVISION] FORM OF VERDICT—PLAINTIFF VS. DEFENDANT
ACTUAL AND PUNITIVE DAMAGES – ASSAULT - _Jessica Deboi_**


On the claim of plaintiff Jessica Deboi  against the Defendants for assault, we, the

undersigned jurors, find in favor of:

Note: Complete this form by  the name required by your verdict.

_____   Plaintiff Jessica Deboi   or     Defendants

If the verdict is in favor of Plaintiff, please circle the names of all persons against whom the

finding is made:  Bob Wills; Betty Sue Wills; Sam Gerhardt, Deborah Gerhardt; Julie Gerhardt;

Sharon Goodman;  Andrea Hill (circle all that apply)


Note: Complete the following paragraph only if the above finding is in favor of Plaintiff.

We, the undersigned jurors, assess the damages of plaintiff  as follows:


For actual damages $_____ (*stating the amount* ).


For punitive damages $_____ (*state the amount or, if none, write the
word, "none"* ).

Missouri Approved Instruction 36.11 (modified)

**INSTRUCTIONS WITHOUT AUTHORITY**
**[INSTRUCTIONS START ON NEXT PAGE]**

**JURY INSTRUCTION NO.  _____**

## 1.01  GENERAL:  NATURE OF CASE; BURDEN OF PROOF; DUTY OF JURY; CAUTIONARY

Ladies and gentlemen:  I will take a few moments now to give you some initial instructions about this case and about your duties as jurors.  At the end of the trial I will give you further instructions.  I may also give you instructions during the trial.  Unless I specifically tell you otherwise, all such instructions - both those I give you now and those I give you later - are equally binding on you and must be followed.

This is a civil case brought by the Plaintiffs against the Defendants.  The Plaintiffs allege that the Defendants were negligent with respect to their treatment of the Plaintiffs.  The defendants deny that allegation.

Plaintiffs Jamie Woods and Erika Teasley claim against Defendants for the tort of battery.  Battery involves an unwanted touching, either physically or through some other agency or instrumentality.

From the evidence you will decide what the facts are.  You are entitled to consider that evidence in the light of your own observations and experiences in the affairs of life.  You will then apply those facts to the law which I give you in these and in my other instructions, and in that way reach your verdict.  You are the sole judges of the facts; but you must follow the law as stated in my instructions, whether you agree with it or not.

In deciding what the facts are, you may have to decide what testimony you believe and what testimony you do not believe.  You may believe all of what a witness says, or only part of it, or none of it.

66

In deciding what testimony to believe, consider the witnesses' intelligence, their opportunity to have seen or heard the things they testify about, their memories, any motives they may have for testifying a certain way, their manner while testifying, whether they said something different at an earlier time, the general reasonableness of their testimony and the extent to which their testimony is consistent with other evidence that you believe.

Do not allow sympathy or prejudice to influence you.  The law demands of you a just verdict, unaffected by anything except the evidence, your common sense, and the law as I give it to you.

You should not take anything I may say or do during the trial as indicating what I think of the evidence or what I think your verdict should be.

**JURY INSTRUCTION NO. _____**

**1.02  EVIDENCE; LIMITATIONS**

I have mentioned the word "evidence."  "Evidence" includes the testimony of witnesses; documents and other things received as exhibits; any facts that have been stipulated - that is, formally agreed to by the parties; and any facts that have been judicially noticed - that is facts which I say you must accept as true.

Certain things are not evidence.  I will list those things for you now:

1. Statements, arguments, questions and comments by lawyers are not evidence.

2.  Exhibits that are identified by a party but not offered or received in evidence are not evidence.

3 .  Objections are not evidence.  Lawyers have a right and sometimes an obligation to object when they believe something is improper.  You should not be influenced by the objection.  If I sustain an objection to a question or an exhibit, you must ignore the question or the exhibit and must not try to guess what the information might have been.

4 .  Testimony and exhibits that I strike from the record, or tell you to disregard, are not evidence and must not be considered.

5.  Anything you see or hear about this case outside the courtroom is not evidence, unless I specifically tell you otherwise during the trial.

Furthermore, a particular item of evidence is sometimes received for a limited purpose only.  That is, it can be used by you only for one particular purpose, and not for any other purpose.  I will tell you when that occurs, and instruct you on the purposes for which the item can and cannot be used. You should also pay particularly close attention to such an instruction, because it may not be available to you in writing later in the jury room.

Finally, some of you may have heard the terms "direct evidence" and "circumstantial evidence."  You are instructed that you should not be concerned with those terms, since the law makes no distinction between the weight to be given to direct and circumstantial evidence.

**JURY INSTRUCTION NO. _____**

### 1.03  BENCH CONFERENCES AND RECESSES

During the trial it may be necessary for me to speak with the lawyers out of your hearing, either by having a bench conference here while you are present in the courtroom, or by calling a recess.  Please understand that while you are waiting, we are working.  The purpose of these conferences is to decide how certain evidence is to be treated under the rules of evidence which govern the trial, and to avoid confusion and error.  We will, of course, do what we can to keep the number and length of these conferences to a minimum.

**JURY INSTRUCTION NO. _____**


**1.04  NO TRANSCRIPT AVAILABLE [NOTE-TAKING]**


At the end of the trial you must make your decision based on what you recall of the evidence.  You will not have a written transcript to consult.  You must pay close attention to the testimony as it is given.

If you wish, however, you may take notes to help you remember what witnesses said.  If you do take notes, please keep them to yourself until you and your fellow jurors go to the jury room to decide the case.  And do not let note-taking distract you so that you do not hear other answers by the witness.  The Clerk will provide each of you with a pad of paper and a pen or pencil.  At each recess, leave them _____.

When you leave at night, your notes will be secured and not read by anyone.

70

**JURY INSTRUCTION NO.  _____**

**1.05  CONDUCT OF THE JURY**

Finally, to insure fairness, you as jurors must obey the following rules:

*First*, do not talk among yourselves about this case, or about anyone involved with it, until the end of the case when you go to the jury room to decide on your verdict.

*Second*, do not talk with anyone else about this case, or about anyone involved with it, until the trial has ended and you have been discharged as jurors.

*Third*, when you are outside the courtroom, do not let anyone tell you anything about the case, or about anyone involved with it until the trial has ended and your verdict has been accepted by me.  If someone should try to talk to you about the case during the trial, please report it to me.

*Fourth*, during the trial you should not talk with or speak to any of the parties, lawyers or witnesses involved in this case - you should not even pass the time of day with any of them.  It is important not only that you do justice in this case, but that you also give the appearance of doing justice.  If a person from one side of the lawsuit sees you talking to a person from the other side - even if it is simply to pass the time of day - an unwarranted and unnecessary suspicion about your fairness might be aroused.  If any lawyer, party or witness does not speak to you when you pass in the hall, ride the elevator or the like, remember it is because they are not supposed to talk or visit with you either.

*Fifth*, do not read any news stories or articles about the case, or about anyone involved with it, or listen to any radio or television reports about the case or about anyone involved with it.

*Sixth*, do not do any research or make any investigation about the case on your own.

*Seventh*, do not make up your mind during the trial about what the verdict should be. Keep an open mind until after you have gone to the jury room to decide the case and you and your fellow jurors have discussed the evidence.

71

**JURY INSTRUCTION NO. _____**

**1.06  OUTLINE OF TRIAL**

The trial will proceed in the following manner:

First, the plaintiff's attorney may make an opening statement.  Next, the defendants' attorney may make an opening statement.  An opening statement is not evidence but is simply a summary of what the attorney expects the evidence to be.

The plaintiff will then present evidence and counsel for defendants may cross-examine. Following the plaintiffs case, the defendant may present evidence and plaintiff's counsel may cross-examine.

After presentation of evidence is completed, the attorneys will make their closing arguments to summarize and interpret the evidence for you.  As with opening statements, closing arguments are not evidence.  The court will instruct you further on the law.  After that you will retire to deliberate on your verdict.

**JURY INSTRUCTION NO. _____**

**2.01  DUTIES OF JURY:  RECESSES**

We are about to take [our first] [a] recess and I remind you of the instruction I gave you earlier.  During this recess or any other recess, you must not discuss this case with anyone, including your fellow jurors, members of your family, people involved in the trial, or anyone else.  If anyone tries to talk to you about the case, please let me know about it immediately.  Do not read, watch or listen to any news reports of the trial.  Finally, keep an open mind until all the evidence has been received and you have heard the views of your fellow jurors.

I may not repeat these things to you before every recess, but keep them in mind throughout the trial.

**JURY INSTRUCTION NO. _____**

### 2.03  STIPULATED FACTS

The plaintiff and the defendants have stipulated -- that is, they have agreed -- that certain facts are as counsel have just stated.  You should, therefore, treat those facts as having been proved.

**JURY INSTRUCTION NO. _____**

## 2.07  CROSS-EXAMINATION OF PARTY'S CHARACTER WITNESS

The questions and answers you have just heard were permitted only to help you decide if the witness really knew about _____'s reputation for truthfulness.  The information developed on that subject may not be used by you for any other purpose.

**JURY INSTRUCTION NO. _____**

**2.08A  EVIDENCE ADMITTED AGAINST ONLY ONE PARTY**

     Each party is entitled to have the case decided solely on the evidence which applies to that party.  Some of the evidence in this case is limited under the rules of evidence to one of the parties, and cannot be considered against the others.

     The evidence you [are about to hear] [just heard] can be considered only in the case against _____.

**JURY INSTRUCTION NO. _____**

**2.08B  EVIDENCE ADMITTED FOR LIMITED PURPOSE**

The evidence [(you are about to hear) (you have just heard)] may be considered by you only on the [(issue) (question)] of _____.  It may not be considered for any other purpose.

**JURY INSTRUCTION NO. _____**

**3.01  EXPLANATORY**

Members of the jury, the instructions I gave at the beginning of the trial and during the trial remain in effect.  I now give you some additional instructions.

You must, of course, continue to follow the instructions I gave you earlier, as well as those I give you now.  You must not single out some instructions and ignore others, because <u>all</u> are important.  This is true even though some of those I gave you at the beginning of trial or during trial are not repeated here.

The instructions I am about to give you now are in writing and will be available to you in the jury room.  I emphasize, however, that this does not mean they are more important than my earlier instructions.  Again, <u>all</u> instructions, whenever given and whether in writing or not, must be followed.

**JURY INSTRUCTION NO. _____**

### 3.02  JUDGE'S OPINION

Neither in these instructions nor in any ruling, action or remark that I have made during the course of this trial have I intended to give any opinion or suggestion as to what your verdict[s] should be.

During this trial I have occasionally asked questions of witnesses.  Do not assume that because I asked questions I hold any opinion on the matters to which my questions related.

**JURY INSTRUCTION NO. _____**

### 3.03  CREDIBILITY OF WITNESSES

In deciding what the facts are, you may have to decide what testimony you believe and what testimony you do not believe.  You may believe all of what a witness said, or only part of it, or none of it.

In deciding what testimony to believe, you may consider a witness' intelligence, the opportunity a witness had to see or hear the things testified about, a witness' memory, any motives a witness may have for testifying a certain way, the manner of a witness while testifying, whether a witness said something different at an earlier time, the general reasonableness of the testimony, and the extent to which the testimony is consistent with any evidence that you believe.

In deciding whether or not to believe a witness, keep in mind that people sometimes hear or see things differently and sometimes forget things.  You need to consider therefore whether a contradiction is an innocent misrecollection or lapse of memory or an intentional falsehood, and that may depend on whether it has to do with an important fact or only a small detail.

**JURY INSTRUCTION NO. _____**

**3.04  BURDEN OF PROOF**

In these instructions you are told that your verdict depends on whether you find certain facts have been proved.  The burden of proving a fact is upon the party whose claim or defense depends upon that fact.  The party who has the burden of proving a fact must prove it by the "greater weight" or "preponderance" of the evidence.  To prove something by the "greater weight" or "preponderance" of the evidence is to prove that it is more likely true than not true.  It is determined by considering all of the evidence and deciding which evidence is more believable.  If, on any issue in the case, the evidence is equally balanced, you cannot find that issue has been proved.

The "greater weight" or "preponderance" of the evidence is not necessarily determined by the greater number of witnesses or exhibits a party has presented.

You may have heard of the term "proof beyond a reasonable doubt."  That is a stricter standard which applies in criminal cases.  It does not apply in civil cases such as this.  You should, therefore, put it out of your minds.

**JURY INSTRUCTION NO. _____**

## 3.06  ELECTION OF FOREPERSON; DUTY TO DELIBERATE; COMMUNICATIONS WITH COURT; CAUTIONARY; UNANIMOUS VERDICT; VERDICT FORM

In conducting your deliberations and returning your verdict, there are certain rules you must follow.

*First*, when you go to the jury room, you must select one of your members as your foreperson.  That person will preside over your discussions and speak for you here in court.

*Second*, it is your duty, as jurors, to discuss this case with one another in the jury room. You should try to reach agreement if you can do so without violence to individual judgment, because a verdict must be unanimous.

Each of you must make your own conscientious decision, but only after you have considered all the evidence, discussed it fully with your fellow jurors, and listened to the views of your fellow jurors.

Do not be afraid to change your opinions if the discussion persuades you that you should. But do not come to a decision simply because other jurors think it is right, or simply to reach a verdict.  Remember at all times that you are not partisans.  You are judges - judges of the facts. Your sole interest is to seek the truth from the evidence in the case.

*Third*, if you need to communicate with me during your deliberations, you may send a note to me through the marshal or bailiff, signed by one or more jurors.  I will respond as soon as possible either in writing or orally in open court.  Remember that you should not tell anyone - including me - how your votes stand numerically.

*Fourth*, your verdict must be based solely on the evidence and on the law which I have given to you in my instructions.  The verdict must be unanimous.  Nothing I have said or done is intended to suggest what your verdict should be - that is entirely for you to decide.

*Finally*, the verdict form is simply the written notice of the decision that you reach in this case.  [The form reads:  (read form)].  You will take this form to the jury room, and when each of you has agreed on the verdicts, your foreperson will fill in the form, sign and date it, and advise the marshal or bailiff that you are ready to return to the courtroom.

If more than one form was furnished, you will bring the unused forms in with you.

**JURY INSTRUCTION NO. _____**

**8.01  AGENCY**

A corporation acts only through its agents or employees and any agent or employee of a corporation may bind the corporation by acts and statements made while acting within the scope of the authority delegated to the agent by the corporation, or within the scope of his/her duties as an employee of the corporation.

**JURY INSTRUCTION NO. _____**

**10.01 [1990 REVISION] DAMAGES-EXEMPLARY-OUTRAGEOUS
CONDUCT-INTENTIONAL TORTS**

      If you find the issues in favor of plaintiff, and if you believe the conduct of defendant as submitted in one or more instructions relating to battery was outrageous because of defendant's evil motive or reckless indifference to the rights of others, then in addition to any damages to which you find plaintiff entitled under such instructions, you may award plaintiff an additional amount as punitive damages in such sum as you believe will serve to punish defendant and to deter defendant and others from like conduct.  You may award punitive damages on some but less than all of the claims for battery, all of the claims for battery, or none of the claims for battery.

**JURY INSTRUCTION NO. _____**

**10.02 [1983 REVISION] DAMAGES-EXEMPLARY-NEGLIGENCE CONSTITUTING CONSCIOUS DISREGARD FOR OTHERS**

If you find in favor of plaintiff on the theory of negligence, and if you believe the conduct of defendant(s) as submitted in the instructions based on negligence showed complete indifference to or conscious disregard for the safety of others, then in addition to any damages to which you may find plaintiff entitled for negligence, you may award plaintiff an additional amount as punitive damages in such sum as you believe will serve to punish defendant and to deter defendant and others from like conduct.

**JURY INSTRUCTION NO. _____**

**11.06  [1996 REVISION] DEFINITIONS - NEGLIGENCE - CUSTODIAN OF MINOR REQUIRING MENTAL HEALTH CARE SERVICES**

The term "negligent" or negligence as used in these instructions means the failure to use that degree of care that an ordinarily careful parent would use under the same or similar circumstances.

**JURY INSTRUCTION NO. _____**


**21.01   [1988 REVISION]   VERDICT DIRECTING - ACTIONS AGAINST A
CUSTODIAN OF A MINOR REQUIRING MEDICAL OR MENTAL HEALTH
CARE OR OTHER PROFESSIONAL SERVICES - NO COMPARATIVE FAULT**

Your verdict must be for the plaintiff if you believe:

First, defendant provided inadequate care for the Plaintiff's mental, emotional, or other

physical condition, and

Second, defendant was thereby negligent, and

Third, as a direct result of such negligence plaintiff sustained damage.

**JURY INSTRUCTION NO. _____**

**23.02 [1990 REVISION] VERDICT DIRECTING—BATTERY**

Your verdict must be for plaintiff if you believe:

First, defendant intentionally struck, hit, or otherwise caused offensive contact with plaintiff, and

Second, defendant thereby caused a contact with the plaintiff which was offensive to plaintiff, and

Third, such contact would be offensive to a reasonable person.

**JURY INSTRUCTION NO. _____**

**23.05 [1996 REVISION] VERDICT DIRECTING—FRAUDULENT MISREPRESENTATIONS**

Your verdict must be for plaintiff if you believe:

First, defendants made at least one representation to the plaintiffs, intending that plaintiffs rely upon such representation in contracting with Mountain Park Boarding Academy for the care and custody of their child, and

Second, the representation was false, and

Third, defendant knew that the representation was false, and

Fourth, the representation was material to the parent or parents seeking services for their child, and

Fifth, plaintiff relied on the representation in contracting for the services of the defendants, and

Sixth, as a direct result of such representation the plaintiff was damaged.

**JURY INSTRUCTION NO. _____**

**23.12(1) [1989 NEW] VERDICT DIRECTING—CONVERSION—TAKING**

Your verdict must be for plaintiff if you believe:

First, plaintiff was the rightful possessor of a piccolo, and

Second, defendant took possession of the piccolo with the intent to exercise some control over the piccolo, and

Third, defendant thereby deprived plaintiff of the right to possession of the piccolo.

90

**JURY INSTRUCTION NO. _____**

**31.23 [2000 NEW] VERDICT DIRECTING—INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS**

In a verdict directing instruction submitting negligent infliction of emotional distress, the essential elements are:

Intentional acts or omissions by the defendant undertaken for the purpose of causing emotional distress, and

As a direct result of such acts or omissions, plaintiff sustained medically diagnosable and significant emotional distress.

**JURY INSTRUCTION NO. _____**

**23.04 [1983 REVISION] VERDICT DIRECTING—FALSE IMPRISONMENT**

Your verdict must be for plaintiff if you believe:

Defendant intentionally restrained plaintiff, instigated the restraint of plaintiff, or

participated in the restraint of plaintiff, against her will.


[unless you believe plaintiff is not entitled to recover by reason of Instruction Number ____  (here
insert number of affirmative defense instruction ) ].

92

**JURY INSTRUCTION NO. _____**

**23.01 [1981 REVISION] VERDICT DIRECTING—ASSAULT**

Your verdict must be for plaintiff(s) if you believe:

First, defendant or defendants committed acts with the intent to cause plaintiff(s) apprehension of offensive contact or apprehension of bodily harm, and

Second, defendant thereby caused plaintiff(s) to be in apprehension of bodily harm, or offensive contact.

**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEAST DIVISION**

JAMIE KAUFMANN WOODS et al                                    PLAINTIFFS

vs.                              Case No. Case No. 1:03CV00105CAS

BOB WILLS et al                                              DEFENDANTS

**36.11 [1980 REVISION] FORM OF VERDICT—PLAINTIFF VS.
DEFENDANT—ACTUAL AND PUNITIVE DAMAGES – BATTERY - _Woods v.  Wills_**

On the claim of plaintiff Jamie Kaufmann Woods for battery against Betty Wills, we, the undersigned jurors, find in favor of:

Note: Complete this form by writing in the name required by your verdict.


_____      Plaintiff Jamie Kaufmann Woods    or    Defendant Betty Wills

Note: Complete the following paragraph only if the above finding is in favor of Plaintiff.

We, the undersigned jurors, assess the damages of plaintiff  as follows:

For actual damages $_____ (*stating the amount* ).

For punitive damages $_____ (*state the amount or, if none, write the word, "none"* ).

94

**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEAST DIVISION**

JAMIE KAUFMANN WOODS et al                                               PLAINTIFFS

vs.                              Case No. Case No. 1:03CV00105CAS

BOB WILLS et al                                                          DEFENDANTS

**36.11 [1980 REVISION] FORM OF VERDICT—PLAINTIFF VS. DEFENDANT –
ACTUAL AND PUNITIVE DAMAGES – BATTERY - _Woods v.  Hill_**

On the claim of plaintiff Jamie Kaufmann Woods for battery against Andrea Hill, we, the
undersigned jurors, find in favor of:

Note: Complete this form by writing in the name required by your verdict.


_____    Plaintiff Jamie Kaufmann Woods  or    Defendant Andrea Hill

Note: Complete the following paragraph only if the above finding is in favor of Plaintiff.

We, the undersigned jurors, assess the damages of plaintiff  as follows:

For actual damages $_____ (*stating the amount* ).

For punitive damages $_____ (*state the amount or, if none, write the word,
"none"* ).

95

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEAST DIVISION**

JAMIE KAUFMANN WOODS et al                                            PLAINTIFFS

vs.                              Case No. Case No. 1:03CV00105CAS

BOB WILLS et al                                                      DEFENDANTS

**36.11 [1980 REVISION] FORM OF VERDICT—PLAINTIFF VS.**
**DEFENDANT—ACTUAL AND PUNITIVE DAMAGES – BATTERY - _Tracy Ozuna_**

On the claim of plaintiff Tracy Brazil Ozuna for battery against Deborah Gerhardt, we, the undersigned jurors, find in favor of:

Note: Complete this form by writing in the name required by your verdict.

_____   Plaintiff Tracy Brazil Ozuna    or Deborah Gerhardt  Defendant

Note: Complete the following paragraph only if the above finding is in favor of Plaintiff.

We, the undersigned jurors, assess the damages of plaintiff  as follows:

For actual damages $_____ (*stating the amount* ).

For punitive damages $_____ (*state the amount or, if none, write the word, "none"* ).

96

**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEAST DIVISION**

JAMIE KAUFMANN WOODS et al                                    PLAINTIFFS

vs.                              Case No. Case No. 1:03CV00105CAS

BOB WILLS et al                                               DEFENDANTS

**36.11 [1980 REVISION] FORM OF VERDICT—PLAINTIFF VS.
DEFENDANT—ACTUAL AND PUNITIVE DAMAGES – NEGLIGENCE - _Jamie Woods_**

On the claim of plaintiff Jamie Kaufmann Woods for negligence against the Defendants,

we, the undersigned jurors, find in favor of:

Note: Complete this form by  the name required by your verdict.


_____        Plaintiff Jamie Kaufmann Woods   or    Defendants

If the verdict is in favor of Plaintiff, please circle the names of all persons against whom the

finding of negligence is made:  Bob Wills; Betty Sue Wills; Sam Gerhardt, Deborah Gerhardt;

Julie Gerhardt; Sharon Goodman;  Andrea Hill (circle all that apply)

Note: Complete the following paragraph only if the above finding is in favor of Plaintiff.

We, the undersigned jurors, assess the damages of plaintiff  as follows:


For actual damages $_____ (_stating the amount_ ).


For punitive damages $_____ (_state the amount or, if none, write the word,_

_"none"_ ).

97

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEAST DIVISION**

JAMIE KAUFMANN WOODS et al                                                    PLAINTIFFS

vs.                              Case No. Case No. 1:03CV00105CAS

BOB WILLS et al                                                               DEFENDANTS

**36.11 [1980 REVISION] FORM OF VERDICT—PLAINTIFF VS.**
**DEFENDANT—ACTUAL AND PUNITIVE DAMAGES – NEGLIGENCE - _Tracy Ozuna_**

On the claim of plaintiff Tracy Ozuna for negligence against the Defendants, we, the

undersigned jurors, find in favor of:

Note: Complete this form by  the name required by your verdict.


_____   Plaintiff Tracy Ozuna   or   Defendants

If the verdict is in favor of Plaintiff, please circle the names of all persons against whom the

finding of negligence is made:  Bob Wills; Betty Sue Wills; Sam Gerhardt, Deborah Gerhardt;

Julie Gerhardt; Sharon Goodman;  Andrea Hill (circle all that apply)

Note: Complete the following paragraph only if the above finding is in favor of Plaintiff.

We, the undersigned jurors, assess the damages of plaintiff  as follows:


For actual damages $_____ (_stating the amount_ ).


For punitive damages $_____ (_state the amount or, if none, write the word,_

_"none"_ ).

98

**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEAST DIVISION**

JAMIE KAUFMANN WOODS et al                                                PLAINTIFFS

vs.                               Case No. Case No. 1:03CV00105CAS

BOB WILLS et al                                                           DEFENDANTS

**36.11 [1980 REVISION] FORM OF VERDICT—PLAINTIFF VS.
DEFENDANT—ACTUAL AND PUNITIVE DAMAGES – NEGLIGENCE - _Erika Teasley_**

On the claim of plaintiff Erika Teasley for negligence against the Defendants, we, the
undersigned jurors, find in favor of:

Note: Complete this form by  the name required by your verdict.


_____      Plaintiff Erika Teasley   or    Defendants

If the verdict is in favor of Plaintiff, please circle the names of all persons against whom the

finding of negligence is made:  Bob Wills; Betty Sue Wills; Sam Gerhardt, Deborah Gerhardt;

Julie Gerhardt; Sharon Goodman;  Andrea Hill (circle all that apply)


Note: Complete the following paragraph only if the above finding is in favor of Plaintiff.


We, the undersigned jurors, assess the damages of plaintiff  as follows:


For actual damages $_____ (*stating the amount* ).


For punitive damages $_____ (*state the amount or, if none, write the word,*
*"none"* ).

99

## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## SOUTHEAST DIVISION

JAMIE KAUFMANN WOODS et al                                      PLAINTIFFS

vs.                              Case No. Case No. 1:03CV00105CAS

BOB WILLS et al                                                 DEFENDANTS

**36.11 [1980 REVISION] FORM OF VERDICT—PLAINTIFF VS.**
**DEFENDANT—ACTUAL AND PUNITIVE DAMAGES – NEGLIGENCE - _Jessica Deboi_**

On the claim of plaintiff Jessica Deboi for negligence against the Defendants, we, the undersigned jurors, find in favor of:

Note: Complete this form by  the name required by your verdict.


_____   Plaintiff Jessica Deboi   or   Defendants

If the verdict is in favor of Plaintiff, please circle the names of all persons against whom the finding of negligence is made:  Bob Wills; Betty Sue Wills; Sam Gerhardt, Deborah Gerhardt; Julie Gerhardt; Sharon Goodman;  Andrea Hill (circle all that apply)


Note: Complete the following paragraph only if the above finding is in favor of Plaintiff.


We, the undersigned jurors, assess the damages of plaintiff  as follows:


For actual damages $_____ (*stating the amount* ).


For punitive damages $_____ (*state the amount or, if none, write the word,*
*"none"* ).

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEAST DIVISION**

JAMIE KAUFMANN WOODS et al                                         PLAINTIFFS

vs.                          Case No. Case No. 1:03CV00105CAS

BOB WILLS et al                                                    DEFENDANTS

**36.11 [1980 REVISION] FORM OF VERDICT—PLAINTIFF VS. DEFENDANT**
**ACTUAL AND PUNITIVE DAMAGES – NEGLIGENCE - _Shari Lueken_**

On the claim of plaintiff Shari Lueken for negligence against the Defendants, we, the
undersigned jurors, find in favor of:

Note: Complete this form by  the name required by your verdict.


_____   Plaintiff Shari Lueken    or    Defendants

If the verdict is in favor of Plaintiff, please circle the names of all persons against whom the
finding of negligence is made:  Bob Wills; Betty Sue Wills; Sam Gerhardt, Deborah Gerhardt;
Julie Gerhardt; Sharon Goodman;  Andrea Hill (circle all that apply)


Note: Complete the following paragraph only if the above finding is in favor of Plaintiff.


We, the undersigned jurors, assess the damages of plaintiff  as follows:


For actual damages $_____ (_stating the amount_ ).


For punitive damages $_____ (_state the amount or, if none, write the word,_
_"none"_ ).

101

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### SOUTHEAST DIVISION

JAMIE KAUFMANN WOODS et al                                            PLAINTIFFS

vs.                          Case No. Case No. 1:03CV00105CAS

BOB WILLS et al                                                      DEFENDANTS

## 36.11 [1980 REVISION] FORM OF VERDICT—PLAINTIFF VS. DEFENDANT ACTUAL AND PUNITIVE DAMAGES – NEGLIGENCE - *Shari Lueken*

On the claim of plaintiff Shari Lueken for negligence against the Defendants, we, the undersigned jurors, find in favor of:

Note: Complete this form by  the name required by your verdict.


_____   Plaintiff Shari Lueken    or    Defendants

If the verdict is in favor of Plaintiff, please circle the names of all persons against whom the finding of negligence is made:  Bob Wills; Betty Sue Wills; Sam Gerhardt, Deborah Gerhardt; Julie Gerhardt; Sharon Goodman;  Andrea Hill (circle all that apply)


Note: Complete the following paragraph only if the above finding is in favor of Plaintiff.


We, the undersigned jurors, assess the damages of plaintiff  as follows:


For actual damages $_____ (*stating the amount* ).


For punitive damages $_____ (*state the amount or, if none, write the word, "none"* ).


Missouri Approved Instruction 36.11 (modified)

102

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### SOUTHEAST DIVISION

JAMIE KAUFMANN WOODS et al                                    PLAINTIFFS

vs.                        Case No. Case No. 1:03CV00105CAS

BOB WILLS et al                                              DEFENDANTS

**36.11 [1980 REVISION] FORM OF VERDICT—PLAINTIFF VS. DEFENDANT ACTUAL AND PUNITIVE DAMAGES – FRAUDULENT REPRESENTATIONS - _Ralph and Marilyn Lueken_**


On the claim of plaintiffs Ralph and Marilyn Lueken for fraud against the Defendants,

we, the undersigned jurors, find in favor of:

Note: Complete this form by  the name required by your verdict.

_____   Plaintiffs Ralph and Marilyn Lueken    or    Defendants

If the verdict is in favor of Plaintiff, please circle the names of all persons against whom the

finding of fraud is made:  Bob Wills; Betty Sue Wills; Sam Gerhardt, Deborah Gerhardt; Julie

Gerhardt; Sharon Goodman;  Andrea Hill (circle all that apply)


Note: Complete the following paragraph only if the above finding is in favor of Plaintiff.

We, the undersigned jurors, assess the damages of plaintiff  as follows:


For actual damages $_____ (_stating the amount_ ).


For punitive damages $_____ (_state the amount or, if none, write the word, "none"_ ).

## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## SOUTHEAST DIVISION

JAMIE KAUFMANN WOODS et al                                                    PLAINTIFFS

vs.                              Case No. Case No. 1:03CV00105CAS

BOB WILLS et al                                                              DEFENDANTS

**36.11 [1980 REVISION] FORM OF VERDICT—PLAINTIFF VS. DEFENDANT
ACTUAL AND PUNITIVE DAMAGES – FRAUDULENT REPRESENTATIONS -
_Katrina Hoover_**


On the claim of plaintiff Katrina Hoover for fraud against the Defendants, we, the

undersigned jurors, find in favor of:

Note: Complete this form by  the name required by your verdict.

_____   Plaintiffs Katrina Hoover    or    Defendants

If the verdict is in favor of Plaintiff, please circle the names of all persons against whom the

finding of fraud is made:  Bob Wills; Betty Sue Wills; Sam Gerhardt, Deborah Gerhardt; Julie

Gerhardt; Sharon Goodman;  Andrea Hill (circle all that apply)


Note: Complete the following paragraph only if the above finding is in favor of Plaintiff.

We, the undersigned jurors, assess the damages of plaintiff  as follows:


For actual damages $_____ (*stating the amount* ).


For punitive damages $_____ (*state the amount or, if none, write the
word, "none"* ).

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEAST DIVISION**

JAMIE KAUFMANN WOODS et al                                    PLAINTIFFS

vs.                            Case No. Case No. 1:03CV00105CAS

BOB WILLS et al                                              DEFENDANTS

**36.11 [1980 REVISION] FORM OF VERDICT—PLAINTIFF VS. DEFENDANT**
**ACTUAL AND PUNITIVE DAMAGES – CONVERSION - _Ralph,  Marilyn, or Shari_**
**_Lueken_**

On the claim of plaintiffs Ralph, Marilyn, or Shari Lueken for conversion against the

Defendants, we, the undersigned jurors, find in favor of:

Note: Complete this form by  the name required by your verdict.

_____   Plaintiffs Ralph, Marilyn, or Shari Lueken   or     Defendants

If the verdict is in favor of Plaintiff, please circle the names of all persons against whom the

finding is made:  Bob Wills; Betty Sue Wills; Sam Gerhardt, Deborah Gerhardt; Julie Gerhardt;

Sharon Goodman;  Andrea Hill (circle all that apply)

Note: Complete the following paragraph only if the above finding is in favor of Plaintiff.

We, the undersigned jurors, assess the damages of plaintiff  as follows:

For actual damages $_____ (_stating the amount_ ).

For punitive damages $_____ (_state the amount or, if none, write the_
_word, "none"_ ).

105

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### SOUTHEAST DIVISION

JAMIE KAUFMANN WOODS et al                                         PLAINTIFFS

vs.                          Case No. Case No. 1:03CV00105CAS

BOB WILLS et al                                                     DEFENDANTS

**36.11 [1980 REVISION] FORM OF VERDICT—PLAINTIFF VS. DEFENDANT ACTUAL AND PUNITIVE DAMAGES – INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS - *Jessica Deboi***

On the claim of plaintiff Jessica Deboi against the Defendants for intentional infliction of

emotional distress, we, the undersigned jurors, find in favor of:

Note: Complete this form by  the name required by your verdict.

_____   Plaintiff Jessica Deboi   or    Defendants

If the verdict is in favor of Plaintiff, please circle the names of all persons against whom the

finding is made:  Bob Wills; Betty Sue Wills; Sam Gerhardt, Deborah Gerhardt; Julie Gerhardt;

Sharon Goodman;  Andrea Hill (circle all that apply)

Note: Complete the following paragraph only if the above finding is in favor of Plaintiff.

We, the undersigned jurors, assess the damages of plaintiff  as follows:

For actual damages $_____ (*stating the amount* ).

For punitive damages $_____ (*state the amount or, if none, write the word, "none"* ).

106

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEAST DIVISION**

JAMIE KAUFMANN WOODS et al                                    PLAINTIFFS

vs.                          Case No. Case No. 1:03CV00105CAS

BOB WILLS et al                                               DEFENDANTS

**36.11 [1980 REVISION] FORM OF VERDICT—PLAINTIFF VS. DEFENDANT**
**ACTUAL AND PUNITIVE DAMAGES – INTENTIONAL INFLICTION OF**
**EMOTIONAL DISTRESS - _Tracy Ozuna_**


    On the claim of plaintiff Tracy Ozuna against the Defendants for intentional infliction of

emotional distress, we, the undersigned jurors, find in favor of:

Note: Complete this form by  the name required by your verdict.

_____   Plaintiff Tracy Ozuna   or   Defendants

If the verdict is in favor of Plaintiff, please circle the names of all persons against whom the

finding is made:  Bob Wills; Betty Sue Wills; Sam Gerhardt, Deborah Gerhardt; Julie Gerhardt;

Sharon Goodman;  Andrea Hill (circle all that apply)


Note: Complete the following paragraph only if the above finding is in favor of Plaintiff.

    We, the undersigned jurors, assess the damages of plaintiff  as follows:


    For actual damages $_____ (_stating the amount_ ).


    For punitive damages $_____ (_state the amount or, if none, write the_
_word, "none"_ ).

107

**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEAST DIVISION**

JAMIE KAUFMANN WOODS et al                                          PLAINTIFFS

vs.                              Case No. Case No. 1:03CV00105CAS

BOB WILLS et al                                                      DEFENDANTS

**36.11 [1980 REVISION] FORM OF VERDICT—PLAINTIFF VS. DEFENDANT
ACTUAL AND PUNITIVE DAMAGES – INTENTIONAL INFLICTION OF
EMOTIONAL DISTRESS - *Jamie Kaufmann Woods***


On the claim of plaintiff Jamie Kaufmann Woods against the Defendants for intentional

infliction of emotional distress, we, the undersigned jurors, find in favor of:

Note: Complete this form by  the name required by your verdict.

_____    Plaintiff Jamie Kaufmann Woods   or    Defendants

If the verdict is in favor of Plaintiff, please circle the names of all persons against whom the

finding is made:  Bob Wills; Betty Sue Wills; Sam Gerhardt, Deborah Gerhardt; Julie Gerhardt;

Sharon Goodman;  Andrea Hill (circle all that apply)


Note: Complete the following paragraph only if the above finding is in favor of Plaintiff.

We, the undersigned jurors, assess the damages of plaintiff  as follows:


For actual damages $_____ (*stating the amount* ).


For punitive damages $_____ (*state the amount or, if none, write the
word, "none"* ).

## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## SOUTHEAST DIVISION

JAMIE KAUFMANN WOODS et al                                   PLAINTIFFS

vs.                          Case No. Case No. 1:03CV00105CAS

BOB WILLS et al                                              DEFENDANTS

**36.11 [1980 REVISION] FORM OF VERDICT—PLAINTIFF VS. DEFENDANT
ACTUAL AND PUNITIVE DAMAGES – INTENTIONAL INFLICTION OF
EMOTIONAL DISTRESS - _Shari Lueken_**


On the claim of plaintiff Shari Lueken against the Defendants for intentional infliction of

emotional distress, we, the undersigned jurors, find in favor of:

Note: Complete this form by  the name required by your verdict.

_____     Plaintiff Shari Lueken   or    Defendants

If the verdict is in favor of Plaintiff, please circle the names of all persons against whom the

finding is made:  Bob Wills; Betty Sue Wills; Sam Gerhardt, Deborah Gerhardt; Julie Gerhardt;

Sharon Goodman;  Andrea Hill (circle all that apply)


Note: Complete the following paragraph only if the above finding is in favor of Plaintiff.

We, the undersigned jurors, assess the damages of plaintiff  as follows:


For actual damages $_____ (_stating the amount_ ).


For punitive damages $_____ (_state the amount or, if none, write the
word, "none"_ ).

## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## SOUTHEAST DIVISION

JAMIE KAUFMANN WOODS et al                                         PLAINTIFFS

vs.                         Case No. Case No. 1:03CV00105CAS

BOB WILLS et al                                                    DEFENDANTS

**36.11 [1980 REVISION] FORM OF VERDICT—PLAINTIFF VS. DEFENDANT
ACTUAL AND PUNITIVE DAMAGES – INTENTIONAL INFLICTION OF
EMOTIONAL DISTRESS - _Erika Teasley_**


On the claim of plaintiff Erika Teasley against the Defendants for intentional infliction of

emotional distress, we, the undersigned jurors, find in favor of:

Note: Complete this form by  the name required by your verdict.

_____     Plaintiff Erika Teasley   or    Defendants

If the verdict is in favor of Plaintiff, please circle the names of all persons against whom the

finding is made:  Bob Wills; Betty Sue Wills; Sam Gerhardt, Deborah Gerhardt; Julie Gerhardt;

Sharon Goodman;  Andrea Hill (circle all that apply)


Note: Complete the following paragraph only if the above finding is in favor of Plaintiff.

We, the undersigned jurors, assess the damages of plaintiff  as follows:


For actual damages $_____ (_stating the amount_ ).


For punitive damages $_____ (_state the amount or, if none, write the
word, "none"_ ).

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEAST DIVISION**

JAMIE KAUFMANN WOODS et al                                                    PLAINTIFFS

vs.                                    Case No. Case No. 1:03CV00105CAS

BOB WILLS et al                                                               DEFENDANTS

**36.11 [1980 REVISION] FORM OF VERDICT—PLAINTIFF VS. DEFENDANT**
**ACTUAL AND PUNITIVE DAMAGES – FALSE IMPRISONMENT - _Jessica Deboi_**


On the claim of plaintiff Jessica Deboi against the Defendants for false imprisonment,

we, the undersigned jurors, find in favor of:

Note: Complete this form by  the name required by your verdict.

_____  Plaintiff Jessica Deboi  or    Defendants

If the verdict is in favor of Plaintiff, please circle the names of all persons against whom the

finding is made:  Bob Wills; Betty Sue Wills; Sam Gerhardt, Deborah Gerhardt; Julie Gerhardt;

Sharon Goodman;  Andrea Hill (circle all that apply)


Note: Complete the following paragraph only if the above finding is in favor of Plaintiff.

We, the undersigned jurors, assess the damages of plaintiff  as follows:


For actual damages $_____ (_stating the amount_ ).


For punitive damages $_____ (_state the amount or, if none, write the_
_word, "none"_ ).

111

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEAST DIVISION**

JAMIE KAUFMANN WOODS et al                                              PLAINTIFFS

vs.                                     Case No. Case No. 1:03CV00105CAS

BOB WILLS et al                                                        DEFENDANTS

**36.11 [1980 REVISION] FORM OF VERDICT—PLAINTIFF VS. DEFENDANT**
**ACTUAL AND PUNITIVE DAMAGES – FALSE IMPRISONMENT - _Tracy Ozuna_**

On the claim of plaintiff Tracy Ozuna against the Defendants for false imprisonment, we,

the undersigned jurors, find in favor of:

Note: Complete this form by  the name required by your verdict.

_____   Plaintiff Tracy Ozuna   or    Defendants

If the verdict is in favor of Plaintiff, please circle the names of all persons against whom the

finding is made:  Bob Wills; Betty Sue Wills; Sam Gerhardt, Deborah Gerhardt; Julie Gerhardt;

Sharon Goodman;  Andrea Hill (circle all that apply)

Note: Complete the following paragraph only if the above finding is in favor of Plaintiff.

We, the undersigned jurors, assess the damages of plaintiff  as follows:

For actual damages $_____ (*stating the amount* ).

For punitive damages $_____ (*state the amount or, if none, write the
word, "none"* ).

112

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEAST DIVISION**

JAMIE KAUFMANN WOODS et al                                    PLAINTIFFS

vs.                          Case No. Case No. 1:03CV00105CAS

BOB WILLS et al                                              DEFENDANTS

**36.11 [1980 REVISION] FORM OF VERDICT—PLAINTIFF VS. DEFENDANT
ACTUAL AND PUNITIVE DAMAGES – FALSE IMPRISONMENT - _Jamie Kaufmann
Woods_**

On the claim of plaintiff Jamie Kaufmann Woods against the Defendants for false

imprisonment, we, the undersigned jurors, find in favor of:

Note: Complete this form by  the name required by your verdict.

_____   Plaintiff Jamie Kaufmann Woods    or    Defendants

If the verdict is in favor of Plaintiff, please circle the names of all persons against whom the

finding is made:  Bob Wills; Betty Sue Wills; Sam Gerhardt, Deborah Gerhardt; Julie Gerhardt;

Sharon Goodman;  Andrea Hill (circle all that apply)

Note: Complete the following paragraph only if the above finding is in favor of Plaintiff.

We, the undersigned jurors, assess the damages of plaintiff  as follows:

For actual damages $_____ (_stating the amount_ ).

For punitive damages $_____ (_state the amount or, if none, write the
word, "none"_ ).

113

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEAST DIVISION**

JAMIE KAUFMANN WOODS et al                                          PLAINTIFFS

vs.                              Case No. Case No. 1:03CV00105CAS

BOB WILLS et al                                                     DEFENDANTS

**36.11 [1980 REVISION] FORM OF VERDICT—PLAINTIFF VS. DEFENDANT**
**ACTUAL AND PUNITIVE DAMAGES – FALSE IMPRISONMENT - _Shari Lueken_**


On the claim of plaintiff Shari Lueken  against the Defendants for false imprisonment,

we, the undersigned jurors, find in favor of:

Note: Complete this form by  the name required by your verdict.

_____   Plaintiff Shari Lueken   or    Defendants

If the verdict is in favor of Plaintiff, please circle the names of all persons against whom the

finding is made:  Bob Wills; Betty Sue Wills; Sam Gerhardt, Deborah Gerhardt; Julie Gerhardt;

Sharon Goodman;  Andrea Hill (circle all that apply)


Note: Complete the following paragraph only if the above finding is in favor of Plaintiff.

We, the undersigned jurors, assess the damages of plaintiff  as follows:


For actual damages $_____ (*stating the amount* ).


For punitive damages $_____ (*state the amount or, if none, write the*
*word, "none"* ).

114

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEAST DIVISION**

JAMIE KAUFMANN WOODS et al                                          PLAINTIFFS

vs.                              Case No. Case No. 1:03CV00105CAS

BOB WILLS et al                                                     DEFENDANTS

**36.11 [1980 REVISION] FORM OF VERDICT—PLAINTIFF VS. DEFENDANT**
**ACTUAL AND PUNITIVE DAMAGES – FALSE IMPRISONMENT - _Erika Teasley_**


On the claim of plaintiff Erika Teasley  against the Defendants for false imprisonment,

we, the undersigned jurors, find in favor of:

Note: Complete this form by  the name required by your verdict.

_____    Plaintiff Erika Teasley    or    Defendants

If the verdict is in favor of Plaintiff, please circle the names of all persons against whom the

finding is made:  Bob Wills; Betty Sue Wills; Sam Gerhardt, Deborah Gerhardt; Julie Gerhardt;

Sharon Goodman;  Andrea Hill (circle all that apply)


Note: Complete the following paragraph only if the above finding is in favor of Plaintiff.

We, the undersigned jurors, assess the damages of plaintiff  as follows:


For actual damages $_____ (*stating the amount* ).


For punitive damages $_____ (*state the amount or, if none, write the*
*word, "none"* ).

115

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEAST DIVISION**

JAMIE KAUFMANN WOODS et al                                          PLAINTIFFS

vs.                                    Case No. Case No. 1:03CV00105CAS

BOB WILLS et al                                                    DEFENDANTS

**36.11 [1980 REVISION] FORM OF VERDICT—PLAINTIFF VS. DEFENDANT**
**ACTUAL AND PUNITIVE DAMAGES – ASSAULT - *Jessica Deboi***


On the claim of plaintiff Jessica Deboi  against the Defendants for assault, we, the

undersigned jurors, find in favor of:

Note: Complete this form by  the name required by your verdict.

_____   Plaintiff Jessica Deboi   or    Defendants

If the verdict is in favor of Plaintiff, please circle the names of all persons against whom the

finding is made:  Bob Wills; Betty Sue Wills; Sam Gerhardt, Deborah Gerhardt; Julie Gerhardt;

Sharon Goodman;  Andrea Hill (circle all that apply)


Note: Complete the following paragraph only if the above finding is in favor of Plaintiff.

We, the undersigned jurors, assess the damages of plaintiff  as follows:


For actual damages $_____ (*stating the amount* ).


For punitive damages $_____ (*state the amount or, if none, write the*
*word, "none"* ).

116

## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## SOUTHEAST DIVISION

JAMIE KAUFMANN WOODS et al                                    PLAINTIFFS

vs.                              Case No. Case No. 1:03CV00105CAS

BOB WILLS et al                                                DEFENDANTS

**36.11 [1980 REVISION] FORM OF VERDICT—PLAINTIFF VS. DEFENDANT
ACTUAL AND PUNITIVE DAMAGES – ASSAULT - _Tracy Ozuna_**

On the claim of plaintiff Tracy Ozuna   against the Defendants for assault, we, the

undersigned jurors, find in favor of:

Note: Complete this form by  the name required by your verdict.

_____    Plaintiff Tracy Ozuna    or    Defendants

If the verdict is in favor of Plaintiff, please circle the names of all persons against whom the

finding is made:  Bob Wills; Betty Sue Wills; Sam Gerhardt, Deborah Gerhardt; Julie Gerhardt;

Sharon Goodman;  Andrea Hill (circle all that apply)

Note: Complete the following paragraph only if the above finding is in favor of Plaintiff.

We, the undersigned jurors, assess the damages of plaintiff  as follows:

For actual damages $_____ (_stating the amount_ ).

For punitive damages $_____ (_state the amount or, if none, write the
word, "none"_ ).

117

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEAST DIVISION**

JAMIE KAUFMANN WOODS et al                                          PLAINTIFFS

vs.                                    Case No. Case No. 1:03CV00105CAS

BOB WILLS et al                                                     DEFENDANTS

**36.11 [1980 REVISION] FORM OF VERDICT—PLAINTIFF VS. DEFENDANT**
**ACTUAL AND PUNITIVE DAMAGES – ASSAULT - *Jamie Kaufmann Woods***


On the claim of plaintiff Jamie Kaufmann Woods   against the Defendants for assault, we,

the undersigned jurors, find in favor of:

Note: Complete this form by  the name required by your verdict.

_____   Plaintiff Jamie Kaufmann Woods    or    Defendants

If the verdict is in favor of Plaintiff, please circle the names of all persons against whom the

finding is made:  Bob Wills; Betty Sue Wills; Sam Gerhardt, Deborah Gerhardt; Julie Gerhardt;

Sharon Goodman;  Andrea Hill (circle all that apply)


Note: Complete the following paragraph only if the above finding is in favor of Plaintiff.

We, the undersigned jurors, assess the damages of plaintiff  as follows:


For actual damages $_____ (*stating the amount* ).


For punitive damages $_____ (*state the amount or, if none, write the word, "none"* ).

118

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEAST DIVISION**

JAMIE KAUFMANN WOODS et al                                          PLAINTIFFS

vs.                              Case No. Case No. 1:03CV00105CAS

BOB WILLS et al                                                     DEFENDANTS

**36.11 [1980 REVISION] FORM OF VERDICT—PLAINTIFF VS. DEFENDANT**
**ACTUAL AND PUNITIVE DAMAGES – ASSAULT -** _**Shari Lueken**_


On the claim of plaintiff Shari Lueken  against the Defendants for assault, we, the

undersigned jurors, find in favor of:

Note: Complete this form by  the name required by your verdict.

_____   Plaintiff Shari Lueken    or    Defendants

If the verdict is in favor of Plaintiff, please circle the names of all persons against whom the

finding is made:  Bob Wills; Betty Sue Wills; Sam Gerhardt, Deborah Gerhardt; Julie Gerhardt;

Sharon Goodman;  Andrea Hill (circle all that apply)


Note: Complete the following paragraph only if the above finding is in favor of Plaintiff.


We, the undersigned jurors, assess the damages of plaintiff  as follows:


For actual damages $_____ (*stating the amount* ).


For punitive damages $_____ (*state the amount or, if none, write the*
*word, "none"* ).

119

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEAST DIVISION**

JAMIE KAUFMANN WOODS et al                                          PLAINTIFFS

vs.                              Case No. Case No. 1:03CV00105CAS

BOB WILLS et al                                                     DEFENDANTS

**36.11 [1980 REVISION] FORM OF VERDICT—PLAINTIFF VS. DEFENDANT**
**ACTUAL AND PUNITIVE DAMAGES – ASSAULT - _Jessica Deboi_**


On the claim of plaintiff Jessica Deboi  against the Defendants for assault, we, the

undersigned jurors, find in favor of:

Note: Complete this form by  the name required by your verdict.

_____   Plaintiff Jessica Deboi   or     Defendants

If the verdict is in favor of Plaintiff, please circle the names of all persons against whom the

finding is made:  Bob Wills; Betty Sue Wills; Sam Gerhardt, Deborah Gerhardt; Julie Gerhardt;

Sharon Goodman;  Andrea Hill (circle all that apply)


Note: Complete the following paragraph only if the above finding is in favor of Plaintiff.

We, the undersigned jurors, assess the damages of plaintiff  as follows:


For actual damages $_____ (_stating the amount_ ).


For punitive damages $_____ (_state the amount or, if none, write the_
_word, "none"_ ).

120