DAY _____/

COURTROOM MINUTE SHEET - CIVIL

DATE: _12/12/05_                    CASE NO.: _1: 03CV 105CAS_

JUDGE: _Charles A Shaw_    COURT REPORTER: _Sue Moran_

_Jamie Woods, et al_    v. _Bob Wills, et al_

ATTORNEY( ) for Pltf( ): _Oscar Stilley_

ATTORNEY( ) for Dft( ): _John Briggs & Steven Schwartz_

(X) Parties present for (JURY/NON-JURY) trial. ( ) Jury empaneled and sworn.
(X) Opening statements of (X)Pltf/(X)Dft made.
(Y) Pltf evidence (commenced/resumed and/but not) concluded.
( ) Oral/Written motion of ( )Pltf/( )Dft for judgment as a matter of law at close of pltf's case fld/made/argued, submitted and overruled/denied/ sustained/Court's ruling reserved/and is taken with the case.
( ) Dft evidence commenced/resumed and/but not concluded.
( ) Pltf evidence in rebuttal commenced/resumed and/but not concluded.
( ) Dft evidence in surrebuttal commenced/resumed and/but not concluded.
( ) Oral/Written motion of Pltf/Dft for judgment as a matter of law at the close of all the evidence fld/made/argued/submitted and overruled/denied/sustained/ Court's ruling reserved/as is taken with the case.
(✓) Proceedings to continue tomorrow/Monday at _9:00_    (a.m./p.m.)

(X)  _Pretrial Conference —_
granting _DOC #99 - appoint next friend - Katrina Hoover_
in part  _#103- granted in part / sanctions issued Stayed_
      _# 94- "Dr Kline" is excluded as a witness_
      _# 95- granted · drug; granted - Lockdown_
      _#97-Motion for reconsideration is denied_

_Plaintiff's witnesses: Jessica DePoi_
_____
_____
_____
_____
_____

COURT TIME: _11:45_ to _5:35_  Lunch Break _1:35_ to _2:05_
DEPUTY CLERK: _Michelle Schaefer_

**W I T N E S S   L I S T**

*DATE:* 12/12/05

*STYLE:* Woods v Wills

*CAUSE NUMBER:* 1:03CV105CAS

| WITNESSES FOR PLAINTIFF | WITNESSES FOR DEFENDANT |
|---|---|
| 12/12  1. Jessica DeBoi | p/14  (1) Deborah Gerhardt |
| 12/13  2. Jessica DeBoi (continued) | (2) Dr. Richard Gayle |
| 3. Jamie Woods | (3) Sharon Goodman |
| 4. Shari Lueken | (4) Sam Gerhardt |
| 5. Marilyn Lueken | (5) Bob Wills |
| 6. Erika Teasley | (6) Julie Gerhardt |
| 7. Tracy Ozuna | (7) Andrea Hill |
| 8. Betty Wills | |
| 12/14  9. Betty Wills (cont) | |
| 10. | |
| 11. | |
| 12. | |
| 13. | |
| 14. | |
| 15. | |
| 16. | |
| 17. | |
| 18. | |
| 19. | |
| 20. | |
| 21. | |
| 22. | |
| 23. | |
| 24. | |
| 25. | |

Case: 1:03-cv-00105-CAS   Doc. #: 110   Filed: 12/12/05   Page: 3 of 5 PageID #: 1467

EXHIBIT LIST

_Jamie Woods, etal_
PLAINTIFF

DATE _12/12/05_

VS.

_Bob Wells, etal_
DEFENDANT

FILE NO. _1:03CV105CAS_

EXHIBITS FOR PLTFF.

1. ✗
2. Handbook from Mountain Park
3. photos of hourly staff
4. "   "   pastoral staff
5. "The Past"
6. article of Philosophy, et al.
7.
8.
9.
10.
11.
12.
13.
14.
15.
16.
17.
18.
19.
20.

EXHIBITS FOR DEFT.

A.
B.
C.
D. Med Log - Tracey Brazie
E. letter from Oguna to Gerhardt
F.
G.
H.
I. Med Log - Jessica Brazie
J.
K.
L.
M.
N.
O. Med log - Jamie Kaufman
P. Letter written by Jamie Woods.
Q.
R.
S.
T.

EXHIBITS ( ) LEFT WITH CLERK ( ) RETAINED BY COUNSEL

✗2 was admitted but not at proper witness. pages 1-27 to go before jury -

EXHIBITS ( ) LEFT WITH CLERK ( ) RETAI
COUNSEL

**EXHIBIT LIST**

**PAGE 2**

| | |
|---|---|
| 21._____ | U._____ |
| 22._____ | (V.) Med log- Sheri Leuken |
| 23._____ | W._____ |
| 24._____ | X._____ |
| 25._____ | Y._____ |
| 26._____ | Z._____ |
| 27._____ | AA._____ |
| 28._____ | (BB) Med log Erika Teasley |
| 29._____ | CC._____ |
| 30._____ | DD._____ |
| 31._____ | EE._____ |
| 32._____ | FF._____ |
| 33._____ | GG._____ |
| 34._____ | HH._____ |
| 35._____ | II._____ |
| 36._____ | (JJ) 2page Visit report |
| 37._____ | (KK) 1 page form M Teasley |
| 38._____ | LL._____ |
| 39._____ | MM._____ |
| 40._____ | NN._____ |
| 41._____ | OO._____ |
| 42._____ | PP._____ |
| 43._____ | QQ._____ |
| 44._____ | RR._____ |

| NAMES AND TERMS LIST | | | |
|---|---|---|---|
| **Date:** | **Case No.** | | **Operator:** |
| **UNVERIFIED NAME OR TERM** | | **CHECK IF CORRECT** | **CORRECTED SPELLING** |
| 63①  _Leuhen Visitation request_ | | | |
| ②  _person "_ | | | |
| ③  _person "_ | | | |
| ④  _person_ | | | |
| | | | |
| | | | |
| 69 —  _Erika Teasley  enrollment application_ | | | |
| _not admitted_ | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |