COURTROOM MINUTE SHEET - CIVIL

DAY 2

DATE: 12/13/05   CASE NO.: 1:03cv105CAS
JUDGE: Charles A. Shaw   COURT REPORTER: Sue Moran

Jamie Woods, et Al   v.   Bob Wills, et Al

ATTORNEY( ) for Pltf( ): Oscar Stilley

ATTORNEY( ) for Dft( ): John Briggs + Steven Schwartz

(X) Parties present for (JURY)/NON-JURY) trial. ( ) Jury empaneled and sworn.
( ) Opening statements of ( )Pltf/( )Dft made.
(✓) Pltf evidence commenced/(resumed) and/(but not) concluded.
( ) Oral/Written motion of ( )Pltf/( )Dft for judgment as a matter of law at close of pltf's case fld/made/argued, submitted and overruled/denied/sustained/Court's ruling reserved/and is taken with the case.
( ) Dft evidence commenced/resumed and/but not concluded.
( ) Pltf evidence in rebuttal commenced/resumed and/but not concluded.
( ) Dft evidence in surrebuttal commenced/resumed and/but not concluded.
( ) Oral/Written motion of Pltf/Dft for judgment as a matter of law at the close of all the evidence fld/made/argued/submitted and overruled/denied/sustained/Court's ruling reserved/as is taken with the case.
(✓) Proceedings to continue tomorrow/~~Monday~~ at 9:00 (a.m.)/p.m.
( ) 

COURT TIME: 9:00 to 6:10pm   Lunch Break 12:10pm to 1:20pm
DEPUTY CLERK: Rochelle Coleman