UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| JAMIE WOODS, ET AL, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 1:03CV105CAS |
| BOB WILLS, ET AL, | ) |
| Defendants. | ) |

### ORDER

**IT IS HEREBY ORDERED** that the jury in this cause be kept together, and the jury meals shall be furnished at the expense of the United States.

Dated this 15th day of December, 2005.

_____
CHARLES A. SHAW
UNITED STATES DISRICT JUDGE