IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEAST DIVISION

JAMIE KAUFMANN WOODS; SHARI LUEKEN, A MINOR,
BY AND THROUGH HER NEXT FRIENDS,
RALPH LUEKEN AND MARILYN LUEKEN; RALPH LUEKEN;
MARILYN LUEKEN; ERIKA TEASLEY, A MINOR,
BY AND THROUGH HER NEXT FRIENDS, PAUL
DOUGLAS ("DOUG") HOOVER JR., AND KATRINA L. HOOVER;
PAUL DOUGLAS ("DOUG") HOOVER JR.; KATRINA  HOOVER;
TRACEY BRAZIL OZUNA, JESSICA DEBOI                                    PLAINTIFFS

vs.                    Case No. Case No. 1:03CV00105CAS

BOB WILLS, AKA BOBBY RAY WILLS, AKA W. B. WILLS;
BETTY SUE WILLS; SAM GERHARDT, AKA S.L. GERHARDT;
DEBORAH GERHARDT, AKA DEBBIE GERHARDT,
DBA MOUNTAIN PARK BOARDING ACADEMY;
JULIE GERHARDT; SHARON GOODMAN; and ANDREA HILL
                                                                      DEFENDANTS

**NOTICE OF APPEAL**

Notice is hereby given that the Plaintiffs in the above named case, and all of them, hereby appeal the amended judgment and related orders (Docket entries 130 through 133), by the United States District Court for the Eastern District of Missouri, entered and filed March 2, 2006.  In addition, this notice of appeal is intended to and should be construed to bring up for appellate review all prior orders, judgments, and rulings adverse to the Plaintiff, including without limitation all those orders dismissing other claims of the Plaintiffs or some of them, or otherwise adverse to the Plaintiffs.  This appeal is taken to the 8th Circuit Court of Appeals.  Arrangements for the production of the transcript have been made, to the satisfaction of the court reporter in the case.

1

By:   /s/ Oscar Stilley
Oscar Stilley, Attorney at Law
2120 North B Street
Fort Smith, AR 72901
Attorney for Plaintiffs
479 573-0726
479-573-0647 Fax
oscar@oscarstilley.com email

**CERTIFICATE OF SERVICE**

I, Oscar Stilley, by my signature above certify that I have this March 30, 2006 served the defendants with a copy of this pleading electronically by CM/ECF to:

Scott Killen, Attorney at law
Oliver, Oliver, & Waltz
400 Broadway
P.O. Box 559
Cape Girardeau, MO 63702-0559

John Briggs, Attorney at law
Brown & James, P.C.
1010 Market Street, 20th Floor
St. Louis MO 63101-2000

2