# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-1972

_____

| | |
|---|---|
| Jamie Kaufmann Woods; Shari Lueken, a minor, by and through her next friends, Ralph Lueken and Marilyn Lueken; Marilyn Lueken; Ralph Lueken; Erika Teasley, a minor, by and through her next friends, Paul Douglas Hoover, Jr. and Katrina L. Hoover; Paul Douglas Hoover, Jr.; Katrina L. Hoover; Tracey Brazil Ozuna; Jessica Deboi, | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * |
| Plaintiffs-Appellants | *    Appeal from the United States <br> *    District Court for the <br> *    Eastern District of Missouri. |
| v. | * <br> *    [UNPUBLISHED] |
| Bob Wills, aka Bobby Ray Wills, aka B. Wills; Betty Sue Wills; Sam Gerhardt, aka S. L. Gerhardt; Deborah Gerhardt, aka Debbie Gerhardt; Julie Gerhardt; Sharon Goodman; Andrea Hill, dba Mountain Park Boarding Academy, | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * |
| Defendants-Appellees. | * |

_____

Submitted:  April 9, 2007
Filed:  June 1, 2007

_____

Before MURPHY, BRIGHT, and BENTON, Circuit Judges.

_____

PER CURIAM.

Having carefully reviewed the record, we find no error in the trial court's[1] disposition of this matter.  Therefore, the judgment is affirmed.  See 8th Cir. R. 47B.

_____

---

[1]The Honorable Charles A. Shaw, United States District Judge for the Eastern District of Missouri.