# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 06-1972

**Jamie Kaufmann Woods, et al.,**

Appellants

v.

**Bob Wills, also known as W. B. Wills, also known as Bobby Ray Wills, et al.,**

Appellees

_____

Appeal from U.S. District Court for the Eastern District of Missouri - Cape Girardeau
(1:03-cv-00105-CAS)
_____

## JUDGMENT

This appeal from the United States District Court was submitted on the record of the district court and briefs of the parties.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

June 01, 2007

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
         /s/ Michael E. Gans