# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 06-1972

**Jamie Kaufmann Woods, et al.,**

Appellants

v.

**Bob Wills, also known as W. B. Wills, also known as Bobby Ray Wills, et al.,**

Appellees

_____

Appeal from U.S. District Court for the Eastern District of Missouri - Cape Girardeau
(1:03-cv-00105-CAS)
_____

**ORDER**

The petition for rehearing en banc is denied. The petition for rehearing by the panel is also denied.

July 26, 2007

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
          /s/ Michael E. Gans