# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 06-1972

**Jamie Kaufmann Woods, et al.,**

Appellants

v.

**Bob Wills, also known as W. B. Wills, also known as Bobby Ray Wills, et al.,**

Appellees

___

Appeal from U.S. District Court for the Eastern District of Missouri - Cape Girardeau
(1:03-cv-00105-CAS)

___

## MANDATE

In accordance with the opinion and judgment of 06/01/2007, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

August 02, 2007

Clerk, U.S. Court of Appeals, Eighth Circuit